64

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## MOTION & ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | BROWNSVILLE | Action Number | B-96-177 |
|---|---|---|---|

RAQUEL O. RODRIGUEZ AND JOSE L. RODRIGUEZ,

*versus*

RIDDELL SPORTS, INC.: RIDDELL, INC.: ALL AMERICAN SPORTS CORP., D/B/A RIDDELL/ALL AMERICAN AND CHRIS HOODMAN,

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | PAUL J. AUGUSTINE |
| Firm | EVANS, KEANE LLP |
| Street | 1100 WEST RIVER STREET, SUITE 200 |
| City & Zip Code | BOISE, IDAHO 83701 |
| Telephone | (208) 384-1800 |
| Licensed: State & Number | NEW YORK (No. 2608362) and IDAHO (No. 4608) |
| Admitted US District Court for: | **District of Idaho (1992)** |

Seeks to appear as the attorney for this party:

RAQUEL O. RODRIGUEZ AND JOSE L. RODRIGUEZ

Dated: April 27, 1998    Signed: [signature]

United States District Court
Southern District of Texas
FILED
SEP 11 1998

United States District Court
Southern District of Texas
ENTERED
SEP 14 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk [signature]

**ORDER**

This lawyer is admitted *pro hac vice*.

Michael N. Milby, Clerk of Court

Signed on  11 SEPT, 1998.

[signature]
United States District Judge