73

United States District Court
Southern District of Texas
ENTERED

**JUL 3 1 1998**

Michael N. Milby, Clerk of Court
By Deputy Clerk

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
F I L E D

'JUL 3 0 1998

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RAQUEL O. RODRIGUEZ, ET AL          *
           VS                        *    C.A. NO. B96 177
RIDDELL SPORTS, INC., ET AL          *

## ORDER GRANTING MOTION
## FOR EXTENSION OF DOCKET DATES

On this day came on to be considered **a motion for extension of docket dates** in the above-entitled and number case, accordingly:

IT IS HEREBY ORDERED THAT:

(1)  **A status conference is set for September 11, 1998, at 1:30 pm.**

(2)  All discovery in this case must be completed by **November 30, 1998.**

(3)  All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(4)  A joint pretrial order, in full compliance with the local rules, setting forth the following matters shall be filed no later than **January 29, 1999.**

      (a)  the nature of the case;
      (b)  contentions of the parties;
      ©   stipulations;
      (d)  specific issues of fact, as they are submitted to the jury;
      (e)  issues of law, if any;
      (f)  list of all pending motions;
      (g)  approximate duration of trial; and
      (h)  in non-jury cases, specific proposed findings of fact and conclusions of laws.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(5)  A final pretrial and settlement conference be set for **February 12, 1999, 1:30 pm.**

(6)  Trial on the merits be set for **March, 1999** docket call.

DONE at Brownsville, Texas, on **July 30, 1998.**

Fidencio G. Garza, Jr
United States Magistrate Judge