United States District Court
Southern District of Texas
ENTERED

SEP 14 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

SEP 11 1998

Michael N. Milby, Clerk of Court

## ORDER

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ AND JOSE L. RODRIGUEZ | § § § | |
| VS. | § | CIVIL ACTION NO. B-96-177 |
| RIDDELL SPORTS, INC., ET AL. | § § | |

TYPE OF CASE:   __X__ CIVIL         ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME PREVIOUSLY SCHEDULED:

**SEPTEMBER 11, 1998 AT 1:30 P.M.**

CONTINUED TO DATE AND TIME:

**SEPTEMBER 17, 1998 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:  SEPTEMBER 11, 1998

TO:   MR. BRYAN K. HARRIS
      MR. MARK D. KAMITOMO
      MR. ROBERT L. GUERRA
      MR. MARK CURRY
      MR. EDUARDO ROBERTO RODRIGUEZ
      MR. KEITH UHLES