79

United States District Court
Southern District of Texas
ENTERED

SEP 15 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
FILED

Michael N. Milby, Clerk of Court

| | |
|---|---|
| RAQUEL O. RODRIGUEZ AND § | |
| JOSE L. RODRIGUEZ § | |
| § | |
| VS. § | CIVIL ACTION NO. B-96-177 |
| § | |
| RIDDELL SPORTS, INC., ET AL. § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME PREVIOUSLY SCHEDULED:

**SEPTEMBER 17, 1998 AT 2:00 P.M.**

CONTINUED TO DATE AND TIME:

**SEPTEMBER 17, 1998 AT 8:30 A.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    SEPTEMBER 15, 1998

FAX TO:  MR. BRYAN K. HARRIS
         MR. MARK D. KAMITOMO
         MR. ROBERT L. GUERRA
         MR. MARK CURRY
         MR. EDUARDO ROBERTO RODRIGUEZ
         MR. KEITH UHLES
         MR. ARNOLD AGUILAR