81

United States District Court
Southern District of Texas
ENTERED
SEP 23 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
SEP 17 1998
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RAQUEL O. RODRIGUEZ, ET AL  *
                            *
VS.                         *     CIVIL ACTION
                            *     NO. B-96-177
RIDDELL SPORTS, INC., ET AL *


ORDER ON PENDING MOTIONS


On September 17, 1998, a Status Conference was held in the above styled and numbered proceedings. The pending pretrial motions were considered and rulled on as follows:

59-1:   to extend time - this motion is now moot.

67-1:   for status conference - is now moot.

70-1:   for protective order - is now moot.

74-1:   to expedite hearing on motion to strike expert witnesses - hearing held and motion denied.

75-1:   motion to strike expert witnesses - hearing held and motion denied.

It is so Ordered.

Done at Brownsville, Texas, this 17th day of September, 1998.

_____
John Wm. Black
United States Magistrate Judge

United States District Court
Southern District of Texas
ENTERED

SEP 23 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

United States District Court
Southern District of Texas
FILED

SEP 22 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| REYNALDO S. GARZA, § <br> Plaintiff § <br> § <br> V. § <br> § <br> UNUM LIFE INSURANCE COMPANY, § <br> Defendant § | CIVIL ACTION NO. 97-263 <br> **JURY TRIAL REQUESTED** |

## ORDER

ON THIS DAY came on for consideration plaintiff's Motion to Reinstate the above entitled and numbered cause on the Court's active docket. Upon consideration of same, the Court is of the opinion that plaintiff's Motion should be Granted.

IT IS THEREFORE ORDERED that the above-entitled and numbered cause be, and hereby is, REINSTATED to the active docket of this Court.

IT IS FURTHER ORDERED that plaintiff shall effect service on defendant in this matter within (30) thirty days of the signing of this order.

DONE at Brownsville Texas on this 22 day of September, 1998.

_____
JUDGE PRESIDING