United States District Court
Southern District of Texas
ENTERED

SEP 25 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

SEP 25 1998

Michael N. Milby
Clerk of Court

84

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ AND JOSE L. RODRIGUEZ | § § § | |
| VS. | § | C.A. No. B-CV-96-177 |
| RIDDELL SPORTS, INC., ET AL | § § § | |

**ORDER APPROVING**
**STIPULATION OF DISMISSAL**

On this day came to be considered Plaintiffs' Rule 41 Notice of Dismissal as to Defendant Rubatex Corporation. Said Notice announces that Plaintiffs no longer wish to prosecute their claims and causes of action against Defendant Rubatex Corporation and said notice is approved by all attorneys of record. After consideration of all pleadings, the evidence, and arguments of counsel, it is the finding of this Court that said Notice should be approved. It is, therefore,

**ORDERED, ADJUDGED AND DECREED** that this Court shall approve the dismissal, without prejudice, of any and all claims of Plaintiffs Raquel O. Rodriguez and Jose L. Rodriguez against Rubatex Corporation.

DONE AND ENTERED on this 25th day of September, 1998.

_____
UNITED STATES DISTRICT JUDGE