# ORIGINAL

89

D-24608/1806          DSK:vt

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 16 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ | § | |
| AND JOSE L. RODRIGUEZ | § | |
| | § | |
| vs. | § | CAUSE NO. B-96-177 |
| | § | |
| RIDDELL SPORTS, INC., | § | |
| RIDDELL, INC., | § | |
| ALL AMERICAN SPORTS | § | |
| CORPORATION | § | |
| d/b/a RIDDELL/ALL AMERICAN; | § | |
| CHRIS HOODMAN; MONARCH | § | |
| RUBBER COMPANY; | § | |
| AND RUBATEX CORPORATION, | § | |

## AMENDED ORDER GRANTING DEFENDANTS'
## MOTION TO EXTEND DISCOVERY AS TO DEPOSITIONS

On the 14th day of DEC , 1998, came on to be heard Motion To

Extend Discovery of Defendants **RIDDELL SPORTS, INC., RIDDELL, INC. AND**

**ALL AMERICAN SPORTS CORPORATION d/b/a RIDDELL/ALL AMERICAN'S,**

and the court, after reviewing the motion, the responses and the replies, and the arguments

of counsel, is of the opinion that said Motion is meritorious and should be in all things

granted and the deadline to conduct depositions be extended to January 15, 1999.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendants

Motion To Extend Discovery as to depositions is granted.

Signed on this 14 day of DEC , 1998, in Brownsville, Texas.

_____
U.S. MAGISTRATE