93

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ and <br> JOSE L. RODRIGUEZ | § <br> § <br> § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| RIDDELL SPORTS, INC., RIDDELL <br> INC., ALL AMERICAN SPORTS <br> CORPORATION d/b/a RIDDELL/ALL <br> AMERICAN; CHRIS HOODMAN; <br> MONARCH RUBBER COMPANY; and <br> RUBATEX CORPORATION | § <br> § <br> § <br> § <br> § <br> § | B - 96 - 177 |

## ORDER SETTING STATUS CONFERENCE

On this 5TH day of January, 1999, came on to be considered **PLAINTIFFS' MOTION FOR ORDER COMPELLING ANSWERS TO PLAINTIFF'S FIFTH SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION** in the above styled and numbered cause.

IT IS THEREFORE ORDERED that a Status Conference will be set for January 26, 1999 at 2 o'clock P.m.

SIGNED FOR ENTRY this 5TH day of JANUARY, 1999.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE