94

United States District Court
Southern District of Texas
ENTERED

JAN 0 6 1999

Michael N. Milby, Clerk
By Deputy Clerk

D 24608/1806      DSK:vi

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ AND JOSE L. RODRIGUEZ | § § § | |
| vs. | § § | CAUSE NO. B-96-177 |
| RIDDELL SPORTS, INC., RIDDELL, INC., ALL AMERICAN SPORTS CORPORATION d/b/a RIDDELL/ALL AMERICAN; CHRIS HOODMAN; MONARCH RUBBER COMPANY; AND RUBATEX CORPORATION, | § § § § § § § § § § | |

## AGREED ORDER

Pursuant to the agreement of all parties, Defendant ALL AMERICAN SPORTS CORPORATION D/B/A RIDDELL/ALL AMERICAN is ordered to respond to Plaintiff's Fifth Set of Discovery within two (2) weeks, January 19, 1999.

Signed on this 5TH day of JAN, 1999, in Brownsville, Texas.

_____
U.S. MAGISTRATE

-- Page 1 --