lmv

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RAQUEL O. RODRIGUEZ, ET AL | * |
| | * |
| VS | *   C.A. NO. B96 177 |
| | * |
| RIDDELL SPORTS, INC., ET AL | * |

### ORDER DENYING DEFENDANT'S MOTION TO BIFURCATE

On this 26th day of January 1999, came the Defendant's Motion to Bifurcate Trial. The Court having considered the pleadings on file herein, evidence, and arguments of counsel is of the opinion that said motion should be denied.

It is therefore ORDERED, ADJUDGED and DECREED that Defendant's Motion to Bifurcate Trial is **DENIED**.

DONE at Brownsville, Texas, this 26th day of January 1999.

John Wm. Black
United States Magistrate Judge