lmv

/108

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 28 1999
Michael N. Milby
Clerk of Court
By: [signature]

RAQUEL O. RODRIGUEZ, ET AL        *
                                  *
        VS                        *   C.A. NO. B96 177
                                  *
RIDDELL SPORTS, INC., ET AL       *

## ORDER RESCHEDULING CONFERENCE

The final pretrial and settlement conference in above-captioned and numbered cause of action is hereby rescheduled to February 11, 1999, at 2:00 p.m. The joint pretrial order shall be filed on or before February 11, 1999.

DONE at Brownsville, Texas, this 26th day of January, 1999.

_____
John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX  78520