lmv

101

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
Entered
JAN 26 1999
Michael N. Milby
Clerk of Court

RAQUEL O. RODRIGUEZ, ET AL       *
                                 *
    VS                           *   C.A. NO. B96 177
                                 *
RIDDELL SPORTS, INC., ET AL      *

## ORDER DENYING DEFENDANTS' MOTION TO STRIKE EXPERT WITNESS

BE IT REMEMBERED that Defendants' Motion to Strike came on to be heard and the Court after hearing the evidence, arguments of counsel and examining the pleadings, is of the opinion that Defendants' Motion to Strike Expert Witnesses be denied,

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that Defendants' Motion to Strike Expert Witnesses, should be, and the same is hereby **DENIED.**

DONE at Brownsville, Texas, this 26th day of January 1999.

John Wm. Black
United States Magistrate Judge
ClibPDF - www.fastio.com