102

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ and JOSE L. RODRIGUEZ | § § § | |
| VS. | § § | CIVIL ACTION NO. |
| RIDDELL SPORTS, INC., RIDDELL INC., ALL AMERICAN SPORTS CORPORATION d/b/a RIDDELL/ALL AMERICAN; CHRIS HOODMAN; MONARCH RUBBER COMPANY; and RUBATEX CORPORATION | § § § § § § § | B - 96 - 177 |

## ORDER SETTING HEARING

On this 2ND day of FEBRUARY, 1999, came on to be considered *Plaintiff's Motion for Protective Order Regarding Depositions of Drs. Gary Stimac, John White and Richard Rubenstein, and Motion for Expedited Hearing* in the above styled and numbered cause.

IT IS THEREFORE ORDERED that said Plaintiff's Motion for Protective Order be and is hereby set for an expedited hearing on the 4TH day of FEBRUARY, 1999, at 2:30 o'clock P .m.

SIGNED FOR ENTRY this 2ND day of FEBRUARY, 1999.

_____
JOHN WM. BLACK
U.S. MAGISTRATE