/105

United States District Court
Southern District of Texas
ENTERED

FEB 0 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ and JOSE L. RODRIGUEZ | § § § § | |
| VS. | § § | CIVIL ACTION NO. |
| RIDDELL SPORTS, INC., RIDDELL INC., ALL AMERICAN SPORTS CORPORATION d/b/a RIDDELL/ALL AMERICAN; CHRIS HOODMAN; MONARCH RUBBER COMPANY; and RUBATEX CORPORATION | § § § § § § § | B - 96 - 177 |

## ORDER GRANTING PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

On the **4TH** day of **FEBRUARY**, 1999, this cause came on for hearing on **Plaintiffs' Motion for Protective Order Regarding Depositions of Drs. Gary Stimac, John White and Richard Rubenstein**. In attendance for Plaintiffs was Rex Blackburn. No counsel appeared for Defendants.

After hearing the argument of counsel thereafter, the Court rules that Plaintiffs' Motion for Protective Order Regarding Depositions of Drs. Gary Stimac, John White and Richard Rubenstein should be and hereby is GRANTED;

D:\FP\ORDERS\98-106.PO                                      PAGE 1 OF 2

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiffs' Motion for Protective Order Regarding Depositions of Drs. Gary Stimac, John White and Richard Rubenstein is GRANTED and absent agreement of Plaintiffs' counsel that the depositions be held on dates, times or at locations other than as herein ordered, the depositions shall be taken by Defendants on the following dates and times and at the following locations:

| DATE | WITNESS | LOCATION | TIME |
| --- | --- | --- | --- |
| February 8, 1999 | Dr. Richard Rubenstein | 110 Baltimore Ave. Larkspur CA | 9:30 a.m. |
| February 9, 1999 | Dr. Gary Stimac | 12600 S.E. 38th Street. Suite 200 Bellevue, WA | 9:30 a.m. |
| February 10, 1999 | Dr. John White | 8269 Jordan St. S.E. Salem, OR | 9:30 a.m. |

SIGNED on this the 4TH day of FEBRUARY, 1999.

JOHN WM. BLACK
U.S. MAGISTRATE

COPIES SENT TO:

Robert Summers, 916 S. Capital of Texas Highway, Suite C - 100, Austin, TX 78746-5256
Mark T. Curry, 1415 Louisiana, 37th Floor, Houston, TX 77002
Robert L. Guerra, 100 E. Savannah Avenue, Suite 500, McAllen, TX 78503
Mark D. Kamitomo, 421 West Riverside, Suite 1060, Spokane, WA 99201
Rex Blackburn, P.O. Box 959, Boise, ID 83701-0959
J. Arnold Aguilar, 1200 Central Blvd., Suite H-2, Brownsville, TX 78520