*112*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 16 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RAQUEL O. RODRIGUEZ, ET AL | * |
| VS | * C.A. NO. B96 177 |
| RIDDELL SPORTS, INC., ET AL | * |

## NOTICE OF DOCKET CALL

TAKE NOTICE that announcements in this cause of action have been set

    Before U.S. District Judge Filemon B. Vela
    Federal Courthouse & Post Office Bldg., 2nd Floor
    1001 E. Elizabeth, Brownsville, Texas  78520

    FINAL PRETRIAL: March 4, 1999, 8:30 am

    JURY SELECTION: March 5, 1999, 8:30 am

_____
    John Wm. Black
    United States Magistrate Judge

DATE: February 11, 1999