119

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 19 1999

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RAQUEL O. RODRIGUEZ and § <br> JOSE L. RODRIGUEZ, § <br> § <br> Plaintiffs, § <br> § <br> VS § <br> § <br> RIDDELL SPORTS, INC.; § <br> RIDDELL, INC.; and § <br> ALL AMERICAN SPORTS CORPORATION, § <br> D/B/A RIDDELL/ALL AMERICAN, § <br> § <br> Defendants. § | CIVIL ACTION NO. B-96-177 |

## APPOINTMENT OF ATTORNEY-AD-LITEM

Pursuant to a telephonic conference with all counsel on February 18, 1999, there was concurrence that the particulars in this case necessitated the appointment of an Attorney-ad-litem to protect the legal interests of Plaintiff, Jose Rodriguez, who is unable to represent himself. Both sides agreed to deposit $5,000.00 each, forthwith, to insure that said appointee would not be unduly burdened inasmuch as said Attorney's presence before and during the scheduled trial is appropriate.

Accordingly, the Honorable Roman D. Esparza is hereby appointed as Attorney-ad-litem for Jose L. Rodriguez effective immediately.

DONE at Brownsville, Texas this 19th day of February, 1999.

FILEMON B. VELA
United States District Judge