121

United States District Court

Southern District of Texas

Filemon B. Vela
Judge
P. O. Box 1072
Brownsville, Texas 78520

February 23, 1999

United States District Court
Southern District of Texas
ENTERED

FEB 23 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Mr. Rex Blackburn
EVANS, KEANE LLP
P. O. Box 959
Boise, Idaho 83701-0959

Mr. Robert B. Summers
THORNTON, SUMMERS, BIECHLIN,
 DUNHAM & BROWN
916 S. Capital Texas Highway, Ste. C-100
Austin, Texas 78746-5256

Mr. Mark T. Curry
HUGHES, WATTERS & ARKANASE
1415 Louisiana, 37th Floor
Houston, Texas 77002

      RE:   Civil Action No. B-96-177, Raquel O. Rodriguez and Jose L. Rodriguez vs. Riddell Sports Inc., et al.

Gentlemen:

    I notice that both sides contemplate the introduction of testimony and evidence from several "experts." If more than one of your "experts" is expected to testify to identical or similar matters, you should plan to abbreviate the testimony of your subsequent "expert" witness(es). It is not my intention to preclude the testimony of any witness but to confine all inquiries pursuant to the interests of time. *See United States of America v Mizell,* 88 F.3d 288 (5th Cir. 1996); *Duquesne Light Company v. Westinghouse Electric Corporation,* 66 F.3rd 604 (3rd Cir. 1995).

    Please acknowledge receipt of this instruction and advise me if there is the need for our interim pre-trial set for Friday, February 26, 1999 at 8:30 a.m.. Call Merci, my docket manager, at 956-548-2545.

                                    Very truly yours,

                                    Filemon B. Vela

FBV:mfg

cc:   Mr. Roman D. Esparza