#123

**United States District Court**
**Southern District of Texas**
**ENTERED**

**FEB 26 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

RAQUEL O. RODRIGUEZ and §
JOSE L. RODRIGUEZ §
        Plaintiffs, §
§
§ **CASE NO. B-CV-96-177**
vs. §
§
§
RIDDELL SPORTS, INC.; §
RIDDELL, INC.; and §
ALL AMERICAN SPORTS §
CORPORATION §
d/b/a   RIDDELL/ALL AMERICAN, §
        Defendants. §

## ORDER TO THE CLERK

For the reasons agreed to by all parties, there has been caused to be deposited in the court's registry certain funds to be used for the purpose of compensating the appointed Attorney Ad litem (Roman D. Esparza) for his services. The clerk should consider these funds separately from those that are used to cover court costs. Further, the clerk is ordered to prepare to make interim payments to the Attorney Ad litem pursuant to the order of the court.

IT IS SO ORDERED.

Signed this 26th day of February, 1999
in Brownsville, Texas.

_____
Filemon B. Vela
United States District Court