#124

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
FEB 26 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RAQUEL O. RODRIGUEZ and JOSE L. RODRIGUEZ, <br> Plaintiffs, <br><br> vs. <br><br> RIDDELL SPORTS, INC.; RIDDELL, INC.; and ALL AMERICAN SPORTS CORPORATION, D/B/A RIDDELL/ ALL AMERICAN, <br> Defendants. | Case No. B-CV-96-177 |

## ORDER

In preparation for the Final Pretrial Conference in this cause of action set for the 4th day of March, 1999 at 8:30a.m., Counsel for all parties are ORDERED to comply with the following prior to the time of hearing:

1. Premark and identify all exhibits;

2. File all objections to the admissibility of any such exhibits; AND

3. File a joint proposed jury charge.

The Clerk shall send copies to: All counsel.

So ORDERED this __26th__ day of February, 1999 in Brownsville, Texas.

_____
Filemon B. Vela
United States District Judge