192

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 25 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ and | § | |
| JOSE L. RODRIGUEZ | § | |
| | § | |
| VS | § | CIVIL ACTION NO. B-96-177 |
| | § | |
| RIDDELL SPORTS, INC.; | § | |
| RIDDELL, INC.; and ALL | § | |
| AMERICAN SPORTS CORPORATION | § | |
| d/b/a RIDDELL/ALL AMERICAN | § | |

### SECOND ORDER TO THE CLERK

There have been additional funds, represented by the attached vouchers, deposited to be used for the purpose of compensation of the Attorney Ad Litem Roman Dean Esparza for his services.

It is accordingly **ORDERED** that the same be placed in the Registry of the Court and considered as funds separately from those that are used to cover court costs.

DONE at Brownsville, Texas this 25th day of March, 1999.

FILEMON B. VELA
United States District Judge