196

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | |
|---|---|
| RAQUEL O. RODRIGUEZ and § <br> JOSE L. RODRIGUEZ § <br>  § <br> VS § <br>  § <br> RIDDELL SPORTS, INC.; § <br> RIDDELL, INC.; and ALL § <br> AMERICAN SPORTS CORPORATION § <br> d/b/a RIDDELL/ALL AMERICAN § | CIVIL ACTION NO. B-96-177 |

O R D E R

Pursuant to the Order appointing Roman Dean Esparza as Attorney Ad Litem for Plaintiff Jose L. Rodriguez, and the request to all parties that funds be deposited in the Registry of the Court for the purpose of his compensation, and it now appearing that in the performance of his duties he has served the interest of the Court for _175.80_ hours, IT IS NOW HEREBY ORDERED that the Clerk issue payment to Roman Dean Esparza in the sum of $_26,443.13_.

Inasmuch as the case has gone to verdict and Plaintiff Jose L. Rodriguez will continue to be incapable of representing his interests, Roman Dean Esparza shall continue as Attorney Ad Litem until further Order of this Court.

DONE at Brownsville, Texas this _31st_ day of March, 1999.

FILEMON B. VELA
United States District Judge