198

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ and JOSE L. RODRIGUEZ | § § § | |
| VS. | § § | CIVIL ACTION NO. |
| RIDDELL SPORTS, INC., RIDDELL INC., ALL AMERICAN SPORTS CORPORATION d/b/a RIDDELL/ALL AMERICAN | § § § § | B - 96 - 177 |

United States District Court
Southern District of Texas
ENTERED

APR 0 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## FINAL JUDGMENT

On the 5th day of March, 1999, and continuing through the 16th day of March, 1999, came on to be heard the above-entitled and numbered cause. Plaintiffs RAQUEL O. RODRIGUEZ and JOSE L. RODRIGUEZ appeared, and through their attorney of record announced ready for trial. Defendants RIDDELL SPORTS, INC., RIDDELL, INC., ALL AMERICAN SPORTS CORPORATION d/b/a RIDDELL/ALL AMERICAN appeared, and through their attorney of record announced ready for trial.

The Court thereupon submitted the Charge to the jury, including Special Questions. The Charge of the Court and the Jury's answers to these Questions are incorporated herein for all purposes by reference. The Jury having entered its Verdict in favor of the Plaintiffs, the Court hereby adopts such findings of the jury.

IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that Plaintiffs RAQUEL O. RODRIGUEZ and JOSE L. RODRIGUEZ are entitled to the recovery of, and are awarded pursuant to this Order, Judgment for special and general damages, past and future, as follows:

| | |
|---|---:|
| Raquel O. Rodriguez, as Guardian for Jose L. Rodriguez | $9,900,000.00 |
| Raquel O. Rodriguez, Individually | $1,550,000.00 |

It is further ORDERED, ADJUDGED AND DECREED that Plaintiffs RAQUEL O. RODRIGUEZ and JOSE L. RODRIGUEZ are entitled to the recovery of, and are awarded pursuant to this Order, prejudgment interest on said actual damages at the rate of 10% per annum from the day of filing this lawsuit, August 30, 1996, until the day before entry hereof, in the following amounts:

| | |
|---|---:|
| Raquel O. Rodriguez, as Guardian for Jose L. Rodriguez | $ 2,741,947.84 |
| Raquel O. Rodriguez, Individually | $ 429,295.68 |

It is further ORDERED, ADJUDGED AND DECREED that the Judgment here rendered shall bear interest at the rate set out in 28 U.S.C. §1961 from the date of entry hereof until paid.

It is further ORDERED that the subrogation claim of intervenor, NATIONAL ACCIDENT INSURANCE UNDERWRITERS, INC., is hereby incorporated into this judgment.

It is further ORDERED that all pending motions are hereby DENIED.

All costs of court expended or incurred in this cause are adjudged against Defendants RIDDELL SPORTS, INC., RIDDELL, INC., ALL AMERICAN SPORTS CORPORATION d/b/a RIDDELL/ALL AMERICAN. All writs and processes for the enforcement and collection of this judgment or the cost of court may issue as necessary and as allowed by law. All other relief not expressly granted herein is denied.

Signed for entry ~~Entered~~ on this the \_\_\_\_9th\_\_\_\_ day of ~~March~~ April, 1999, at Brownsville, Cameron County, Texas.

_____
UNITED STATES DISTRICT JUDGE