AO456(Rev. 5/85) Notice

199

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 1 3 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

RAQUEL O. RODRIGUEZ
AND JOSE L. RODRIGUEZ
VS.

NOTICE

RIDDELL SPORTS, INC., RIDDELL
INC., ALL AMERICAN SPORTS
CORPORATION d/b/a RIDDELL/ALL AMERICAN

CASE NUMBER C.A. B-96-177

Type of Case:

☒ CIVIL    ☐ CRIMINAL

TAKE NOTICE that a proceeding un this case has been set for the place, date, and time set forth below:

| Place: U.S Courthouse 500 E. 10th. Street Brownsville, Texas 78520 | Room No: **2ND FLOOR COURTROOM BEFORE JUDGE FILEMON B. VELA** |
|---|---|
| | Date And Time: April 20, 1999 at 8:30 a.m. |

TYPE OF PROCEEDING

HEARING ON MOTION TO INTERVENE AND JOIN PARTY FILED BY MARK A. KAMITOMO AND MARKAM GROUP, INC.
and
HEARING ON NATIONAL ACCIDENT INSURANCE UNDERWRITERS INC.'s REQUEST FOR ORAL HEARING.

☐ TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

MICHAEL N. MILBY,
CLERK, U.S. DISTRICT COURT

*Lourdes Mardis*
(BY) DEPUTY CLERK

DATE: April 13, 1999

To:    Mark T. Curry
       Hughes, Watters & Askanase, L.L.P.
       1415 Louisiana, 37th Floor
       Houston, Texas 77002

       Rex Blackburn
       Hon. Paul J. Augustine
       Evans, Keane, L.L.P.
       1101 W. River Street, Suite 200
       Boise Idaho 83701-0959

       Mark D. Kamitomo
       The Markam Group Inc., P.S.
       421 West Riverside, Suite 1060
       Spokane, Washington 99201

       J. Arnold Aguilar
       Law Office of J. Arnold Aguilar
       Atemis Square, Suite H-2
       1200 Central Blvd.
       Brownsville, Texas 78520

       Thornton, Summers, Biechlin
       Dunham & Brown, L.C.
       916 S. Capital of Texas Hwy.
       Suite C-100
       Austin, Texas 78746-5256

       Robert L. Guerra
       Dale Kasofsky
       Thornton, Summers, Biechlin
       Dunham & Brown, L.C.
       100 E. Savannah Ave., Suite 500
       McAllen, Texas 78503

       Roman D. Esparza
       Adobbati & Esparza, L.L.P.
       134 E. Price Road
       Brownsville, Texas 78521

       Keith N. Uhless
       Royston, Rayzor, Vickery & Williams, L.L.P.
       55 Cove Circle
       P. O. Box 3509
       Brownsville, Texas 78523-3509