203

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 21 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RAQUEL O. RODRIGUEZ, ET AL | § § § |
| VS. | § § |
| RIDDELL SPORTS, INC.; RIDDELL, INC.; ALL AMERICAN SPORTS CORPORATION DBA RIDDELL ALL AMERICAN; CHRIS HOODMAN; RUBATEX CORPORATION; AND MONARCH RUBBER COMPANY | § § § § § § § § § § |

CIVIL ACTION NO. B-CV-96-177

## ORDER

On the 20th day of April, 1999 came to be heard the unopposed motion of Mark Kamitomo's Unopposed Motion to Intervene and Join Party as a Cross-Plaintiff. All parties appeared through their attorneys of record. Counsel for movant represented to the Court that the Unopposed Motion to Intervene and Join Party and the Court's Order setting this matter for hearing for April 20, 1999 at 8:30 a.m. was telefaxed to Van Huseman, attorney for Wyatt & Wyatt, P.C. on April 15, 1999. Wyatt and Wyatt, P.C. did not appear individually or through counsel. After considering said motion, all pleadings on file, the evidence previously presented in this case, the arguments of counsel and the applicable law, it is the opinion of the court that said motion should be **GRANTED**. It is, therefore,

**ORDERED** that the Unopposed Motion to Intervenor's, Mark Kamitomo Unopposed Motion to Intervene and Join Party and the relief requested therein is **GRANTED**. It is further ordered that this should not affect the Final Judgment entered herein.

IT IS **ORDERED** that the Clerk shall send a copy of this Order to counsel for all parties.

**DONE AND ENTERED** on the _20th_ day of April, 1999.

**HON. FILEMON VELA**
**UNITED STATES DISTRICT JUDGE**