IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ and | § | |
| JOSE L. RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| RIDDELL SPORTS, INC., RIDDELL | § | B - 96 - 177 |
| INC., ALL AMERICAN SPORTS | § | |
| CORPORATION d/b/a RIDDELL/ALL | § | |
| ~~AMERICAN~~ | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSING AFFIDAVITS AND RESPONSE

On the _10th_ day of _May_, 1999, this ~~cause came on for hearing~~ Court Considered *Plaintiff's Motion for Extension of Time to File Opposing Affidavits and Response.*

~~After hearing the argument of counsel thereafter~~, the Court is of the opinion that Plaintiff's Motion for Extension of Time to File Opposing Affidavits and Response be GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiff's Motion for Extension of Time to File Opposing Affidavits and Response is GRANTED.

SIGNED on this the _10th_ day of _May_, 1999.

_____
JUDGE PRESIDING

United States District Court
Southern District of Texas
ENTERED
MAY 10 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk