214

United States District Court
Southern District of Texas
FILED

MAY 20 1999

Michael N. Milby
Clerk of Court

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ and <br> JOSE L. RODRIGUEZ <br><br> vs. <br><br> RIDDELL SPORTS, INC., RIDDELL <br> INC., ALL AMERICAN SPORTS <br> CORPORATION d/b/a/ RIDDELL/ALL <br> AMERICAN | § § § § § § § § § § | CIVIL CASE NO. B-96-177 |

United States District Court
Southern District of Texas
ENTERED

MAY 21 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

### ORDER

Before this Court is Intervenor, National Accident Insurance Underwriters, Inc., Motion to Amend Judgment. After reviewing the Final Judgment entered by this Court in the above styled case, this Court is of the opinion that the Intervenor's Motion to Amend Judgment should be and is hereby **DENIED**.

IT IS SO ORDERED.

DONE this _20th_ day of _May_ 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge