215

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 20 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ and | § | |
| JOSE L. RODRIGUEZ | § | |
| | § | |
| vs. | § | CIVIL CASE NO. B-96-177 |
| | § | |
| RIDDELL SPORTS, INC., RIDDELL | § | |
| INC., ALL AMERICAN SPORTS | § | |
| CORPORATION d/b/a/ RIDDELL/ALL | § | |
| AMERICAN | § | |

United States District Court
Southern District of Texas
ENTERED

MAY 21 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

### ORDER

Before the Court is Intervention Defendant, Wyatt & Wyatt, P.C. ("Wyatt") Rule 12 (B) Motion to Dismiss. This Court acknowledges the dispute between Wyatt and The Markam Group, Inc. and Mark Kamitomo ("Markam"). However, after reviewing the Order of Remand signed on December 10, 1998 by the Honorable H.W. Head, this Court is of the opinion that the dispute between Intervention Plaintiff Markam and Intervention Defendant Wyatt is properly before County Court at Law Number Three of Nueces County, Texas. It is ORDERED, ADJUDGED, and DECREED that Wyatt's Rule 12(B) Motion to Dismiss should be and hereby **GRANTED**.

DONE this _20th_ day of _May_ 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge