216

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 0 1999

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RAQUEL O. RODRIGUEZ and JOSE L. RODRIGUEZ § § § | |
| vs. § § | CIVIL CASE NO. B-96-177 |
| RIDDELL SPORTS, INC., RIDDELL INC., ALL AMERICAN SPORTS CORPORATION d/b/a/ RIDDELL/ALL AMERICAN § § § § | |

United States District Court
Southern District of Texas
ENTERED

MAY 2 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

Before this Court is Riddell Sports, Inc., Riddell Inc., All American Sports Corporation d/b/a Riddell/All American ("Defendant") Motion for New Trial and Renewed Motion for Judgment as a Matter of Law. After carefully reviewing both motions, this Court is convinced that they are without merit. Thus, it is ORDERED, ADJUDGED, and DECREED that Defendant's Motion for New Trial and Renewed Motion for Judgment as a Matter of Law should **both** be and are hereby **DENIED**.

DONE this ___20th___ day of ___May___ 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge