220

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 24 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RAQUEL O. RODRIGUEZ and § <br> JOSE L. RODRIGUEZ § <br> § <br> vs. § <br> § <br> RIDDELL SPORTS, INC., RIDDELL § <br> INC., ALL AMERICAN SPORTS § <br> CORPORATION d/b/a/ RIDDELL/ALL § <br> AMERICAN § | CIVIL CASE NO. B-96-177 |

## ORDER

Before this Court is Raquel O. Rodriguez and Jose L. Rodriguez's ("Plaintiff") Request for Entry of Writ of Execution. This Court **ORDERS** Riddell Sports, Inc., Riddell Inc., All American Sports Corporation d/b/a/ Riddell/All American ("Defendant") to respond to Plaintiff's Request for Entry of Writ of Execution and show cause why said writ should not issue. Defendant is ordered to respond by 12:00 p.m. on May 28, 1999. Furthermore, the response shall be limited to **two (2) pages.** Anything above the two page limit will not be considered. Thereafter, Plaintiff will be given until 5:00 p.m. June 1, 1999 to respond to Defendant's response. Plaintiff's response will likewise be limited to **two (2) pages** and anything above that limit will not be considered.

IT IS SO ORDERED.

DONE this _21st_ day of _May_ 1999 in Brownsville, Texas.

_____
Filemon B. Vela
United States District Court