221

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 24 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RAQUEL O. RODRIGUEZ and JOSE L. RODRIGUEZ, Plaintiffs, vs. RIDDELL SPORTS, INC.; RIDDELL, INC.; and ALL AMERICAN SPORTS CORPORATION, D/B/A RIDDELL/ ALL AMERICAN, Defendants. | Case No. B-CV-96-177 |

## ORDER GRANTING PLAINTIFFS' MOTION TO RELEASE EXHIBITS

Upon consideration of Plaintiffs' Motion to Release Exhibits, this court is of the opinion that such motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that subject to the exhibits being preserved in their current state until final disposition of this case, the Plaintiffs' Motion to Release Exhibits is hereby **GRANTED**.

So ORDERED this _24th_ day of May, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge