224

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 0 1999

Michael N. Milby, Clerk of Court

| | |
|---|---|
| RAQUEL O. RODRIGUEZ and JOSE L. RODRIGUEZ, Plaintiffs, vs. RIDDELL SPORTS, INC.; RIDDELL, INC.; and ALL AMERICAN SPORTS CORPORATION, D/B/A RIDDELL/ ALL AMERICAN, Defendants. | ) ) ) ) ) ) ) Case No. B-CV-96-177 ) ) ) ) ) ) |

**ORDER DENYING DEFENDANT'S REQUEST FOR EMERGENCY HEARING**

Upon review of the Defendant's Request for Emergency Hearing regarding the release of the exhibits ordered by this Court on the 24th day of May 1999, it is the opinion of this Court that said request should be and is hereby DENIED.

It is further ORDERED that Plaintiffs make said exhibits available to the Defendants for any photographs. Plaintiffs remain under ORDER of this Court to preserve the exhibits until final disposition of this case.

So ORDERED this 10th day of June, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge