AO456(Rev. 5/85) Notice

227

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RAQUEL O. RODRIGUEZ
AND JOSE L. RODRIGUEZ

**NOTICE**

VS.

CIVIL CAUSE NO. B-96-177.

RIDDELL SPORTS, INC., RIDELL, INC.,
ALL AMERICAN SPORTS CORPORATION
d/b/a RIDDELL/ALL AMERICAN; CHRIS HOODMAN;
MONARCH RUBBER COMPANY; AND,
RUBATEX CORPORATION

United States District Court
Southern District of Texas
FILED

JUN 3 0 1999

Michael N. Milby, Clerk of Court

Type of Case:

☒ CIVIL     ☐ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

**FRIDAY, JULY 16, 1999 AT 1:30 p.m.**

| Place: | Room No: 4 |
|---|---|
| U.S Courthouse<br>600 E. Harrison. Street<br>Brownsville, Texas 78520 | Judge Filemon B. Vela's Courtroom<br>3rd Floor (new federal bld.g) |

**TYPE OF PROCEEDING**

Motion to Dispense with Supersedeas Bond and Opposition to Memorandum of Costs

☐ TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

MICHAEL N. MILBY,
CLERK, U.S. DISTRICT COURT

*Lourdes Mardis*
(BY) DEPUTY CLERK

DATE: June 30, 1999