242

United States District Court
Southern District of Texas
ENTERED

JUL 2 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ and JOSE L. RODRIGUEZ | § § § | |
| VS. | § § | CIVIL ACTION NO. |
| RIDDELL SPORTS, INC., RIDDELL, INC., and ALL AMERICAN SPORTS CORPORATION d/b/a RIDDELL/ALL AMERICAN | § § § § § | B-96-177 |

### ORDER APPROVING SUPERSEDEAS BOND AND STAYING ENFORCEMENT OF THE JUDGMENT PENDING APPEAL

On July 23, 1999, the motion of Riddell Sports, Inc., Riddell, Inc., and All American Sports Corporation d/b/a Riddell/All American, Defendants-Appellants, for approval of supersedeas bond, in the above-entitled and numbered cause, came on for hearing, and for an order staying enforcement of the Judgment entered herein by this Court on April 9, 1999, pending the Defendants' appeal. It appearing to the Court that the supersedeas bond should be approved and that enforcement of the Judgment should be stayed pending the Defendants' appeal,

IT IS ORDERED that enforcement of such Judgment and any other proceeding in connection with matters in this action, be stayed pending the disposition of Defendants' appeal from the April 9, 1999, Judgment; and the Defendants-Appellants'

supersedeas bond is hereby approved by the Court and it is further ordered that same be filed in this Court.

Dated this 26th day of July, 1999.

_____
United States District Judge

2

ClibPDF - www.fastio.com