243

United States District Court
Southern District of Texas
ENTERED
JUL 2 6 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RAQUEL O. RODRIGUEZ and<br>JOSE L. RODRIGUEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>RIDDELL SPORTS, INC.;<br>RIDDELL, INC.; and<br>ALL AMERICAN SPORTS<br>CORPORATION,<br>D/B/A RIDDELL/ALL AMERICAN,<br><br>Defendants. | Case No. B-CV-96-177 |

### ORDER ON DEFENDANTS' MOTION
### TO DISPENSE WITH SUPERSEDEAS BOND

On the 16th day of July, 1999, this cause came on for hearing on Defendants' Motion to Dispense With Supersedeas Bond. The Plaintiffs were represented by their attorney of record, Rex Blackburn. Defendants were represented by their attorneys of record, Robert Summers and Robert Guerra. Intervenor was represented by its counsel of record, Hughes, Watters and Askanase, LLP.

After hearing the argument of counsel, considering the memoranda and affidavits offered in support of and in opposition to the motion, and good cause existing therefore, the Court rules that Defendants' Motion to Dispense With Supersedeas Bond should be and hereby is DENIED;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants' Motion to Dispense With Supersedeas Bond is DENIED and Defendants are ordered to post, on or before Friday, July 23, 1999, at 5:00 p.m., Central Daylight Time, a supersedeas bond in the amount of $16,000,000, pursuant to F.R.C.P. 62, in a form satisfactory to the Court.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that the Writ of Execution can be entered on the Judgment entered herein, but execution upon said Writ is stayed pending the posting of a supersedeas bond in the amount of $16,000,000 by Defendants on or before Friday, July 23, 1999, at 5:00 p.m., Central Daylight Time.

SIGNED this 26th day of July, 1999.

_____
Filemon B. Vela
U.S. District Judge

ORDER ON DEFENDANTS' MOTION TO DISPENSE WITH SUPERSEDEAS BOND - 2