262

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RAQUEL O. RODRIGUEZ and | ) |
| JOSE L. RODRIGUEZ, | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) Case No. B-CV-96-177 |
| RIDDELL SPORTS, INC.; | ) |
| RIDDELL, INC.; and | ) |
| ALL AMERICAN SPORTS | ) |
| CORPORATION, D/B/A RIDDELL/ | ) |
| ALL AMERICAN, | ) |
|     Defendants. | ) |

## ORDER

Before this Court are Defendants' Motion to Redeposit Exhibits [258] and Defendants' Motion to Compel Transcription of Videotaped Deposition Testimony [259]. After reviewing the motions in question, this court is of the opinion that Defendants' Motion to Redeposit the Exhibits is **GRANTED** to the extent that said exhibits are requested by the Fifth Circuit Court of Appeals.

Further, it is **ORDERED** that Defendants' Motion to Compel Transcription is now **DISMISSED as MOOT** in light of the Stipulation re: Deposition Testimony filed on this day with this Court.

**SO ORDERED**.

DONE this 5th day of November, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge