263

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

RAQUEL O. RODRIGUEZ and
JOSE L. RODRIGUEZ,

    Plaintiffs,

vs.

RIDDELL SPORTS, INC.;
RIDDELL, INC.; and
ALL AMERICAN SPORTS
CORPORATION,
D/B/A RIDDELL/ALL AMERICAN,

    Defendants.

Case No. B-CV-96-177

## ORDER ON DEFENDANTS' OPPOSITION TO PLAINTIFFS' MEMORANDUM OF COSTS

On the 16th day of July, 1999, this cause came on for hearing on Defendants' Opposition to Plaintiffs' Memorandum of Costs. The Plaintiffs were represented by their attorney of record, Rex Blackburn. Defendants were represented by their attorneys of record, Robert Summers and Robert Guerra. Intervenor was represented by its counsel of record, Hughes, Watters and Askanase, LLP.

After hearing the argument of counsel, considering the memoranda and affidavits offered in support of and in opposition to the motion, as well as the stipulation as to disputed costs entered into between Plaintiffs and Defendants and good cause existing therefore, the Court rules that Defendants' Opposition to Plaintiffs' Memorandum of Costs, specifically Defendants' opposition

ORDER ON DEFENDANTS' MOTION TO DISPENSE WITH SUPERSEDEAS BOND - 1

to the ad litem fee listed in Section 1(A) of Plaintiffs' Memorandum of Costs should be and hereby

is DENIED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that based upon the

stipulation of the parties, the following costs, which were disputed by Defendants, are taxable

costs upon Defendants:

| | | |
|---|---|---|
| A.3 | Professional Civil Process – service of trial subpoena San Antonio, Texas (Fernanda Lopes) | $ 150.00 |
| A.4 | Professional Civil Process – service of trial subpoena (Eddie Barrera) | $ 80.00 |
| A.5 | Professional Civil Process – service of trial subpoena (Dr. Ruiz and Leonel Garza) | $ 85.00 |
| B.17 | Conference room for McElhaney Deposition (Washington Duke Inn) | $ 187.84 |
| D.6 | Dr. John White's Airfare – St. George, UT/Houston (March 14, 1999) and Salt Lake/St. George, UT (March 16, 1999) Delta Airlines | $ 601.05 |
| D.7 | Dr. John White's Airfare – Houston/Brownsville (March 14, 1999) and Brownsville/Salt Lake, UT (March 15, 1999) Continental Airlines | $1,040.00 |
| D.13 | Dr. Richard Goka roundtrip airfare – San Antonio/Brownsville Continental Airlines | $2,018.00 |
| D.23 | Dr. Hannes Vogel Subsistence Fee (1 days @ $84.00 per diem pursuant to 41 CFR Part 301 Appendix A) | $ 84.00 |
| D.29 | Fred Bass Subsistence Fee (1 days @ $84.00 per diem pursuant to 41 CFR Part 301 Appendix A) | $ 84.00 |
| D.30 | Dr. John Cassidy Subsistence Fee (1 days @ $84.00 per diem pursuant to 41 CFR Part 301 Appendix A) | $ 84.00 |

ORDER ON DEFENDANTS' MOTION TO DISPENSE WITH SUPERSEDEAS BOND - 2

E.8     Copy Fee: Duplication of Day In The Life Video (original)          $ 160.99
        for opposing counsel and exhibit (Appletree Production – 1/13/99)

E.13    Copy Fee: Duplication of Materials Produced by Riddell in          $1,200.00
        *Whitehead v. Riddell* and *Dropkin v. Riddell* used in preparation
        for trial (Alphagraphics – 12/11/97)

E.30    Editing of Day In The Life Video and duplication for opposing
        counsel (TeleVideo Productions – 3/10/99)                         $ 224.08

        Pursuant to the stipulation of the parties, the following costs, which were disputed by

Defendants, are not taxable costs upon Defendants:

A.2     Cameron County Clerk – filing fee for Application for             $ 250.00
        Temporary Guardian

A.6     U.S. District Clerk – fees for copies at trial                    $ 102.50

D.31    Emma Vasquez Subsistence Fee (1 day @ $84.00 per diem
        pursuant to 41 CFR Part 301 Appendix A)                          $  84.00

E.6     Copy Fee: Copying & Editing of Day In The Life Video for
        opposing counsel (John Glenn Hall Co. – 2/26/99)                 $ 267.12

        IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Defendants'

opposition to the ad litem fee listed in Section 1(A) of Plaintiffs' Memorandum of Costs is

DENIED, and Plaintiffs are entitled to recover, as taxable costs, pursuant to 28 U.S.C. 1920(1),

Court-ordered ad litem fees in the amount of $10,000.00.

        IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that the total

costs taxable against Defendants in this matter is $48,248.38.

        SIGNED this 5ᵗʰ day of November 1999.

                                        _____
                                        Filemon B. Vela
                                        U.S. District Judge


ORDER ON DEFENDANTS' MOTION TO DISPENSE WITH SUPERSEDEAS BOND - 3

ClibPDF - www.fastio.com