269

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 7 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ and | § | |
| JOSE L. RODRIGUEZ | § | |
| | § | |
| vs. | § | CIVIL CASE NO. B-96-177 |
| | § | |
| RIDDELL SPORTS, INC., RIDDELL | § | |
| INC., ALL AMERICAN SPORTS | § | |
| CORPORATION d/b/a/ RIDDELL/ALL | § | |
| AMERICAN | § | |

## ORDER

Before this Court is Plaintiff's Petition for Order Releasing Exhibit #182 to Department of The Honorable Ray Grisham of the 336th Judicial Division Court of Grayson County for A Period of Thirty Days (Doc.# 267) and Plaintiff's First Amended Petition for Order Releasing Exhibit #182 to Department of the Honorable Ray Grisham of the 336th Judicial District Court of Grayson County for A Period of Thirty Days (Doc. # 268). After carefully reviewing both motions, this Court is convinced that they are without merit. Plaintiff, Trenell Walker, has asserted in both his motions that all parties to the *Rodriguez* matter have expressed no objection. Contrary to those assertions, this Court received objections via facsimile on March 31, 2000 from counsel for Defendants/Appellants Riddell, Riddell Sports Inc., Riddell Inc., All American Sports Corporation d/b/a Riddell/All American stating opposition to the release of Exhibit #182.

Thus, it is ORDERED, ADJUDGED, and DECREED that Plaintiff's Petition for Order Releasing Exhibit #182 to Department of The Honorable Ray Grisham of the 336th Judicial Division Court of Grayson County for A Period of Thirty Days (Doc.# 267) and Plaintiff's First Amended Petition for Order Releasing Exhibit #182 to Department of the Honorable Ray Grisham of the 336th Judicial District Court of Grayson County for A Period of Thirty Days (Doc. # 268) should **both** be and are hereby **DENIED WITHOUT PREJUDICE.**

This ORDER is issued without prejudice for reapplication with the concurrence of all parties and an assurance that the exhibit will be preserved in its present state.

DONE this ___6th___ day of ___April___ 2000 in Brownsville, Texas.

_____
Filemon B. Vela
United States District Judge