AO456(Rev. 5/85) Notice

273

# United States District Court
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

RAQUEL O. RODRIGUEZ and
JOSE L. RODRIGUEZ

VS.

RIDDELL SPORTS, INC.
RIDDELLL, INC.; and
ALL AMERICAN SPORTS CORPORATION,
d/b/a RIDDELL / ALL AMERICAN

# NOTICE

CASE NO. **B-96-cv-177**

**Type of Case:** _____

☒ CIVIL  ☐ CRIMINAL

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time as set forth below:

| Place: | COURTROOM # 4 |
|---|---|
| U. S. Courthouse<br>600 E. Harrison Street, 3rd Floor<br>Brownsville, Texas 78520 | U. S. DISTRICT JUDGE<br>FILEMON B. VELA |
| | Date And Time:<br>Final Pretrial on May 31, 2001 @ 8:30 a.m.<br>Jury Selection on June 1, 2001 @ 8:30 a.m. |

☒ **TYPE OF PROCEEDING:** Final Pretrial & Jury Selection

☐ **TAKE NOTICE** that the proceeding in this case has been re-set as indicated below:

| PLACE : | DATE & TIME PREVIOUSLY SCHEDULED | RE-SET, DATE & TIME: |
|---|---|---|
| | | |

DATE: April 10, 2001

Michael N. Milby
U. S. DISTRICT CLERK

By: _Lourdes Mardis_
DEPUTY CLERK

To: Attorneys of Record:
J. Arnold Aguilar; Mark D. Kamitomo;
Rex Blackburn; Robert L. Guerra; Mark Travis Curry;
Robert B. Summers; Paula J. Wyatt & Roman D. Esparza