AO456(Rev. 5/85) Notice

274

# United States District Court
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 11 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

RAQUEL O. RODRIGUEZ and
JOSE L. RODRIGUEZ

vs.

RIDDELL SPORTS, INC.
RIDDELLL, INC.; and
ALL AMERICAN SPORTS CORPORATION,
d/b/a RIDDELL / ALL AMERICAN

**NOTICE**

CASE NO. **B-96-cv-177**

**Type of Case:** _____

☒ CIVIL          ☐ CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time as set forth below:

| Place: | COURTROOM # 4 |
| --- | --- |
| | U. S. DISTRICT JUDGE FILEMON B. VELA |
| | **Date And Time:** |

☒ TYPE OF PROCEEDING: Final Pretrial & Jury Selection

☒ TAKE NOTICE that the proceeding in this case has been Re-set as indicated below:

| PLACE: | DATE & TIME PREVIOUSLY SCHEDULED | RE-SET, DATE & TIME: |
| --- | --- | --- |
| U. S. Courthouse, 600 E. Harrison Street, 3rd Floor Brownsville, Texas 78520 | Final Pretrial - May 31, 2001 Jury Selection - June 1, 2001 | Final Pretrial on April 26, 2001 @ 8:30 a.m. Jury Selection on April 27, 2001 @ 8:30 a.m. |

DATE: April 11, 2001

Michael N. Milby
U. S. DISTRICT CLERK

By: DEPUTY CLERK

To:  Attorneys of Record:
J. Arnold Aguilar; Mark D. Kamitomo;
Rex Blackburn; Robert L. Guerra; Mark Travis Curry;
Robert B. Summers; Paula J. Wyatt & Roman D. Esparza