# UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

## BILL OF COSTS

U.S. COURT OF APPEALS
FILED
FEB 28 2001
CHARLES R. FULBRUGE III
CLERK

United States District
Southern District of Texas
FILED
APR 12 2001
Michael N. Milby
Clerk of Court

NOTE: The Bill of Costs is due for filing in this office within 14 days from the date of the opinion. In accordance with Rule 39 F.R.A.P. If a bill of costs is not timely filed in this office, processing can be accomplished only by the filing of a formal motion for leave to file same out of time.

Raquel O. Rodriguez; Jose L. Rodriguez, Plaintiffs-Appellees
v.
Riddell Sports, Inc.; Riddell, Inc; All American Sports Corporation, doing business as Riddell/All American, Defendants-Appellants

No. 99-40680

The Clerk is requested to tax the following costs against: Plaintiffs-Appellees

| COSTS TAXABLE UNDER FRAP & LOCAL RULES 39 | REQUESTED | | | | ALLOWED (if different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page | Total Cost | No. of Documents | Pages per Document | Cost per Page | Total Cost |
| Docket fee ($100.00) | | | | 100.00 | | | | 100.00 |
| Appendix or Record Excerpts | 12 | 92 | .25 | 276.00 | 10 | 92 | .25 | 230.00 |
| Appellant's Brief | 15 | 68 | .25 | 255.00 | 15 | 68 | .25 | 255.00 |
| Appellee's Brief | -- | -- | -- | -- | -- | -- | -- | -- |
| Appellant's Reply Brief | 15 | 38 | .25 | 142.50 | 15 | 38 | .25 | 142.50 |
| Other: Brief Covers | 80 | | 1.75 | 140.00 | Covers 40 | 2 | .25 | 20.00 |
| Spiral Binders | 40 | | 1.33 | 53.20 | Binders 40 | | 1.33 | 53.20 |
| Numbered Tabs | 150 | | .25 | 37.50 | Tabs 10 | 15 | .25 | 37.50 |
| 3 1/2" disks | 18 | | | 13.94 | | | | -- |

(estimated from attached page $96,834.04)   Total $ 97,251.38

$838.20

Costs are hereby taxed in the amount of $ 838.20 this 8th day of March 2001.

Costs are taxed in the amount of $ 838.20

CHARLES R. FULBRUGE III, CLERK
By _____ Deputy Clerk

State of TEXAS
County of LLANO

[Notary seal: KATHY SHAFFER, Notary Public, State of Texas, My Comm. Expires 10-28-2004]

BEFORE ME, the undersigned authority, on this day personally appeared Robert Summers known to me to be the person whose name is subscribed to on the foregoing instrument and after being duly sworn and deposed, says that the above and foregoing Bill of Costs is true and correct.

... do hereby swear under penalty of perjury that the services for which fees have been charged were actually and necessarily performed, that the services for which fees have been charged ... was this day mailed to opposing counsel, with postage fully prepaid thereon. This ___ day of _____, 2001.

_____ (Signature)
APPELLANTS