271

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 3 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RAQUEL O. RODRIGUEZ AND JOSE L. RODRIGUEZ | § § § § |
| VS. | § CIVIL ACTION NO. B-CV-96-177 § |
| RIDDELL SPORTS, INC. RIDDELL, INC. ALL AMERICAN SPORTS CORPORATION D/B/A RIDDELL/ALL AMERICAN AND CHRIS HOODMAN | § § § § § |

## DEFENDANTS' DESIGNATION OF EXPERTS
## FOR SECOND TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME, **RIDDELL SPORTS, INC., RIDDELL, INC. AND ALL AMERICAN SPORTS CORPORATION d/b/a RIDDELL/ALL AMERICAN'S,** defendants in the above numbered and entitled cause and submit this, their Designation of Experts for Second Trial as follows:

Dr. Allen Ashare
ST. ELIZABETH MEDICAL CENTER
736 CAMBRIDGE
BOSTON, MA 02135-2997
617-789-2828 OFFICE

Robert Clark Cantu, M.A., M.D., F.A.C.S., F.I.C.S., F.A.C.S.M
Chief of Neurosurgery Service
Emerson Hospital
John C. Cuming Building
131 Ornac, Suite 820
Concord, MA 01742
978-369-1386
Neurosurgeon

Kenneth (Casey) Clarke, Ph.D.
27751 Calle Rabana
Sun City, CA 92585
909/301-9107
Epidemiologist

Dr. Vincent DiMaio
Bexar County Medical Examiner
7337 Louis Pasteur
San Antonio, TX 78229
210-335-4000
Pathologist

A.R. Garza-Vale, M.D.
4410 Medical Drive
Suite 420
San Antonio, TX 78229
210/616-0606
Neurosurgeon

Dr. Alisa D. Gean
San Francisco General Hospital
Department of Radiology
Room # 1X55
San Francisco General Hospital
1001 Potrero Avenue
San Francisco, CA 94110
415-206-8931
Neuroradiologist

Dr. Thomas Gennarelli
422 Caversham Road
Bryn Mawr, PA 19010
610/525-0596
Neurosurgeon

P. David Halstead
7205 Canmore Lane
Knoxville, TN 37919
423/588-1580

Stephen M. Horner
P. O. Box 3685
Corpus Christi, TX 78403
361-883-1686
Economist

Thad Ide
Riddell, Inc.
3670 N. Milwaukee Avenue
Chicago, IL 60641
773/794-1994
Engineer

Donna Johnson
801 Lipan
Corpus Christi, TX 78427-0790
361-883-7384

Dr. Robert V. Jones
901 23rd St.
Clinical Pathology
Room 5353N
N.W. Washington, D.C. 20037
202-994-2682

Dr. Kathleen Shelton Kagan-Hallett
Neuropathology
Audie Murphy V.A. Hospital
7400 Merton Minter
San Antonio, TX 78284
1210-617-5319
Pathologist

NELSON KRAEMER
Riddell, Inc.
3670 N. Milwaukee Avenue
Chicago, IL 60641
773/794-1994
AS DESCRIBED IN HIS DEPOSITION

Dr. James Mc Elhaney, Ph.D.
3411 Cambridge Road
Durham, NC 27707
919/660-5135
Engineer

James A. Newman, Ph.D., P. Eng.
2470 Don Reid Drive
Ottawa, Ontario K1H 1E1
613-736-0384 ext 400
Engineer

Ayub K. Ommaya, M.D.
8006 Glenbrook Road
Bethesda, Maryland 20814
301/654-0801
Neurosurgeon

William S. Queale, MD, MS, MHS
Division of General Internal Medicine
1830 East Monument St. 85h Floor
Baltimore, MD 21205
410-614-6440
Epidemiologist

Walt Reed, Ph.D.
WSR Engineering, Inc.
d/b/a Reed Engineering
8610 RR 620
Bldg. A
Austin, TX 78726
512/335-0014
Engineer

Richard Charles Senelick, M.D.
9119 Cinnamon Hill
San Antonio, TX 78240
210-690-1901

Lawrence E. Thibault
The Philadelphia Naval Shipyard
4601 Broad Street
Quarters M-2
Philadelphia, PA 19112
215-271-7720
Engineer

ROBERT B. SUMMERS & ASSOCIATES
P. O. Box 398
Llano, Texas  78643
(915) 248-0033-Phone
(915) 248-0110-Fax

BY *Robert L. Guerra*
ROBERT B. SUMMERS
State Bar No. 19507000
ANN H. MEGEE
State Bar No. 13902700
Attorney for Defendants
ROBERT L. GUERRA
State Bar NO. 08578560
Federal ID No. 3781

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above was forwarded by telefax transmission and certified mail, return receipt requested to counsel of record on this the 13th day of April, 2001.

    Mr. Rex Blackburn
    **EVANS, KEANE L.L.P.**
    1101 W. River Street, Suite 200
    P.O. Box 959
    Boise, Idaho  83701-0959

    Mr. Mark D. Kamitomo
    **THE MARKAM GROUP, INC., P.S.**
    421 West Riverside, Suite 1060
    Spokane, WA   99201

    Mr. J. Arnold Aguilar
    1200 Central Blvd.
    Artemis Square, Suite H-2
    Brownsville, TX 78520

    Mr. Mark T. Curry
    **HUGHES, WATTERS & ASKANASE, LLP**
    1415 Louisiana, 37th Floor
    Houston, Texas 77002

*Robert L. Summers* (signature)
_____
Robert Summers