278

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ<br>AND JOSE L. RODRIGUEZ | §<br>§<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. B-CV-96-177 |
| | § | |
| RIDDELL SPORTS, INC.<br>RIDDELL, INC.<br>ALL AMERICAN SPORTS CORPORATION<br>D/B/A RIDDELL/ALL AMERICAN<br>AND CHRIS HOODMAN | §<br>§<br>§<br>§<br>§ | |

United States District Court
Southern District of Texas
FILED

APR 13 2001

Michael N. Milby
Clerk of Court

### RIDDELL, INC.'S CERTIFICATE OF COUNSEL

In compliance with 28 U.S.C. §144/§455, I certify that I have read Riddell, Inc.'s motion to recuse and the attached affidavit and that the motion is made in good faith.

Respectfully submitted,

ROBERT B. SUMMERS & ASSOCIATES
P. O. Box 398
Llano, Texas  78643
(915) 248-0033-Phone
(915) 248-0110-Fax

BY _Robert B. Summers_  by RLG with permission
ROBERT B. SUMMERS
State Bar No. 19507000
ANN H. MEGEE
State Bar No. 13902700
Attorney for Defendants
ROBERT L. GUERRA
State Bar No. 08578560
Federal ID No. 3781

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above was forwarded by telefax transmission and certified mail, return receipt requested to counsel of record on this the 13th day of April, 2001.

Mr. Rex Blackburn
**EVANS, KEANE L.L.P.**
1101 W. River Street, Suite 200
P.O. Box 959
Boise, Idaho 83701-0959

Mr. Mark D. Kamitomo
**THE MARKAM GROUP, INC., P.S.**
421 West Riverside, Suite 1060
Spokane, WA 99201

Mr. J. Arnold Aguilar
1200 Central Blvd.
Artemis Square, Suite H-2
Brownsville, TX 78520

Mr. Mark T. Curry
**HUGHES, WATTERS & ASKANASE, LLP**
1415 Louisiana, 37th Floor
Houston, Texas 77002

_____
for     Robert Summers