284

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ORIGINAL

United States District Court
Southern District of Texas
FILED

APR 2 0 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ AND JOSE L. RODRIGUEZ | § § § | |
| VS. | § | CIVIL ACTION NO. B-CV-96-177 |
| RIDDELL SPORTS, INC. RIDDELL, INC. ALL AMERICAN SPORTS CORPORATION D/B/A RIDDELL/ALL AMERICAN AND CHRIS HOODMAN | § § § § § § | |

### RESPONSE TO PLAINTIFFS' MOTION FOR IMMEDIATE DEPOSIT OF TRIAL EXHIBITS WITH THE COURT

TO TH E HONORABLE JUDGE OF SAID COURT:

Now come the Defendants and file this their Response to Plaintiffs' Motion for Immediate Deposit of Trial Exhibits with the Court, and for such says as follows:

1. Defendants are in possession of the trial exhibits, having picked them up in New Orleans after I was advised it was my responsibility to get them back to Brownsville. No time requirement was stated. I had an employee pick them up and bring them to my office. My intention was to bring the exhibits to Brownsville at the next hearing.

2. I had one telephone conversation about these exhibits with Paul Augustine, an associate of Mr. Blackburn. I told him that my plan was to take the exhibits to Brownsville on my next trip down there, which now appears to be April 26, 2001. I told him to check with Mr. Blackburn and see if this would be satisfactory. I

never heard anything about this after that. My plans at this time are to return the exhibits to the court on April 26, 2001 at the final pre-trial conference to avoid the expense of having to courier them to Brownsville.

3. With regard to Plaintiff's letters attached to his motion, suffice it to say that I disagree with the majority of his self-serving statements that are partially true and partially false.

Respectfully submitted,

Robert L. Guerra
State Bar No. 08578560
THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.
418 E. Dove
McAllen, Texas 78504
956-630-3080 Telephone
956-630-0189 Facsimile

ROBERT B. SUMMERS & ASSOCIATES
P. O. Box 398
Llano, Texas 78643
(915) 248-0033-Phone
(915) 248-0110-Fax

BY /s/ Robert L. Guerra for
ROBERT B. SUMMERS
State Bar No. 19507000
ANN H. MEGEE
State Bar No. 13902700
Attorneys for Defendant
Riddell, Inc.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above was forwarded by telefax transmission to counsel of record on this the 20th day of April, 2001.

Mr. Rex Blackburn
**EVANS, KEANE L.L.P.**
1101 W. River Street, Suite 200
P.O. Box 959
Boise, Idaho 83701-0959
VIA FAX 208-345-3514
Telephone 208-384-1800

Mr. Mark D. Kamitomo
**THE MARKAM GROUP, INC., P.S.**
421 West Riverside, Suite 1060
Spokane, WA 99201
VIA FAX 509-747-1993
Telephone 509-747-0902

Mr. J. Arnold Aguilar
1200 Central Blvd.
Artemis Square, Suite H-2
Brownsville, TX 78520
VIA FAX 956-504-1408
Telephone 956-504-1100

Mr. Mark T. Curry
**HUGHES, WATTERS & ASKANASE, LLP**
1415 Louisiana, 37th Floor
Houston, Texas 77002
VIA FAX 713/759-6834
Telephone 713-759-0818

Mr. Ramon Esparza
Renfro, Faulk & Blakemore
185 Ruben M. Torres, Sr. Blvd.
Brownsville, TX 78520
via fax 956-541-9695
telephone 956-541-9600

_____
Robert Summers