286

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 26 2001

Michael N. Milby
Clerk of Court

RAQUEL O. RODRIGUEZ as legal guardian of
JOSE L. RODRIGUEZ,

    Plaintiff,

vs.

RIDDELL, INC.; and ALL AMERICAN SPORTS
CORPORATION d/b/a RIDDELL/ALL
AMERICAN,

    Defendants.

Case No. B-CV-96-177



COPY

## NOTICE OF FILING PLAINTFF'S PROPOSED JOINT PRE-TRIAL ORDER

COMES NOW Plaintiff RAQUEL O. RODRIGUEZ, *as legal guardian of* JOSE L. RODRIGUEZ, by and though her counsel of record, and files the Plaintiff's portion of the Joint Pre-trial Order in the above-entitled matter. Counsel for the Plaintiff, Paul J. Augustine, served the enclosed documents on Defendants' counsel, Robert Summers on April 19, 2001, and requested that Defendants modify their portion of the same to enable Plaintiff to file the Joint Pre-trial Order with the court prior to the Final Pre-trial Conference on April 26, 2001. On April 23, 2001, Mr. Augustine again asked Defendants to modify their portion of the Joint Pre-trial Order, but received no response.

DATED this 24 day of April, 2001.

EVANS, KEANE LLP

By _____
Rex Blackburn
State Bar No.3170
Paul J. Augustine
State Bar No. 4608
EVANS, KEANE, L.L.P.
1101 W. River Street, Suite 200
P. O. Box 959
Boise, Idaho  83701-0959
Telephone:  (208) 384-1800
Facsimile:  (208) 345-3514

Mark D. Kamitomo
State Bar No. 18803
THE MARKAM GROUP, INC.
421 West Riverside, Suite 1060
Spokane, Washington  99201
Telephone:  (509) 747-0902
Facsimile:  (509 747-1993

J. Arnold Aguilar
State Bar No. 00936270
Federal ID. No. 6822
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas  78520
Telephone:  (956) 504-1100
Facsimile:  (956) 504-1408

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____24th____ day of April, 2001, a true and correct copy of the foregoing document was served by first-class mail, postage prepaid, and addressed to; by fax transmission to; by overnight delivery to; or by personally delivering to or leaving with a person in charge of the office as indicated below:

| | |
|---|---|
| Robert B. Summers | [ ] U.S. Mail |
| ROBERT SUMMERS & ASSOCIATES | [X] Facsimile |
| P. O. Box 398 | [ ] Overnight Delivery |
| Llano, Texas 78643 | [ ] Messenger Delivery |

_____
Rex Blackburn