United States District Court
Southern District of Texas
FILED

APR 25 2001

Michael N. Milby
Clerk of Court

288

COPY



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ<br>AND JOSE L. RODRIGUEZ<br><br>VS.<br><br>RIDDELL SPORTS, INC.<br>RIDDELL, INC.<br>ALL AMERICAN SPORTS CORPORATION<br>D/B/A RIDDELL/ALL AMERICAN<br>AND CHRIS HOODMAN | § § § § § § § § § § | CIVIL ACTION NO. B-CV-96-177 |

**RIDDELL, INC. AND ALL AMERICAN SPORTS CORPORATION SUPPLEMENT TO THEIR MOTION TO DESIGNATE REBUTTAL WITNESSES, TO REOPEN DISCOVERY AND FOR CONTINUANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant's, Riddell, Inc. and All American Sports Corporation, supplement their Motion to Designate Rebuttal Witnesses, to Reopen Discovery and for Continuance and for such says follows:

1. On April 11, 2001, Defendants' were given 15 days notice to appear for pre-trial conference on April 26, 2001 and Jury Selection April 27, 2001. This fifteen days notice was insufficient and unreasonable notice. Because of such short notice some of Defendants witnesses cannot be present for trial. In addition to the witnesses previously listed Dr. Walter Reed is unavailable for the month of May 2001. Please see the affiadvit of his assistant attached as Exhibit A.

C. Conclusion

32. For this additional reason, defendants ask the court to continue this case for at least 120 days until August 2001.

Respectfully submitted,

Robert L. Guerra
State Bar No. 08578560
THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.
418 E. Dove
McAllen, Texas 78504
956-630-3080 Telephone
956-630-0189 Facsimile

ROBERT B. SUMMERS & ASSOCIATES
P. O. Box 398
Llano, Texas 78643
(915) 248-0033-Phone
(915) 248-0110-Fax

BY /s/ Robert Summers
ROBERT B. SUMMERS
State Bar No. 19507000
ANN H. MEGEE
State Bar No. 13902700
Attorneys for Defendants

## CERTIFICATE OF CONFERENCE

This is to certify that I had a conference with Plaintiffs' counsel, Rex Blackburn, and he refused to agree to this motion.

/s/ Robert Summers
Robert Summers

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above was forwarded by telefax transmission and certified mail, return receipt requested to counsel of record on this the 24th day of April, 2001.

Mr. Rex Blackburn

**EVANS, KEANE L.L.P.**
1101 W. River Street, Suite 200
P.O. Box 959
Boise, Idaho 83701-0959
VIA FAX 208-345-3514
Telephone 208-384-1800

Mr. Mark D. Kamitomo
**THE MARKAM GROUP, INC., P.S.**
421 West Riverside, Suite 1060
Spokane, WA 99201
VIA FAX 509-747-1993
Telephone 509-747-0902

Mr. J. Arnold Aguilar
1200 Central Blvd.
Artemis Square, Suite H-2
Brownsville, TX 78520
VIA FAX 956-504-1408
Telephone 956-504-1100

Mr. Mark T. Curry
**HUGHES, WATTERS & ASKANASE, LLP**
1415 Louisiana, 37th Floor
Houston, Texas 77002
VIA FAX 713/759-6834
Telephone 713-759-0818

Mr. Ramon Esparza
Renfro, Faulk & Blakemore
185 Ruben M. Torres, Sr. Blvd.
Brownsville, TX 78520
via fax 956-541-9695
telephone 956-541-9600

_____
Robert Summers

ClibPDF - www.fastio.com

04/25/01  WED ...        ...  335 4853                    04/25/01  01:33P   P.005                    ☒002

**REED ENGINEERING • MECHANICAL ENGINEERING CONSULTANTS**

..233 NORTH FM 620 • SUITE 103 • AUSTIN, TEXAS 78750 • (512) 335-0014 • FAX (512) 335-4853

VIA ............ FEDERAL EXPRESS

Mr. R........
THO......
S.T......
111........
Mai.......

Re: .........

Dear Mr. S........

I am ............ nse to a call from your office stating that a new trial date has been set in the above referenced ........ I have reviewed Dr. Read's calendar and the following is a list of **confirmed** sche........ (.... some additional items which have not been confirmed):

|  |  |
|---|---|
| ........ 30 | LEC Gee v. Dr. Pepper |
|  | DEPOSITION Stephenson v. Southern Union Gas |
| .......y 7 | TRIAL Seago v. Ford |
|  | DEPOSITION Roland v. Ford |
|  | LEC Frye v. Ford |
|  | DEPOSITION Gee v. Dr. Pepper |
| .......y 2.. | TRIAL Canales v. Uniroyal |

As ........ Read has overextended himself as it is, and I really do not know when he would find time to ........ for trial testimony in your case. Please advise the judge of these scheduling conflicts and let u.. ....... .. response.

I w.... ...... ...... .... you.

Sin....

/s/

Deb........
Asst. ........

dd

The State of Texas,
County of TRAVIS

Before me, Maryleen S. Ronetti on this day personally appeared Deborah G. Dawson proved to me through TDL 00487698 (description of identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 25TH day of April, 2001.

/s/ Notary
Notary Public in and for the State of Texas