Case 1:96-cv-00177 Document 290 Filed in TXSD on 04/25/2001 Page 1 of 6

290

United States District Court
Southern District of Texas
FILED

APR 2 5 2001

Michael N. Milby
Clerk of Court

COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ <br> AND JOSE L. RODRIGUEZ | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-CV-96-177 |
| RIDDELL SPORTS, INC. <br> RIDDELL, INC. <br> ALL AMERICAN SPORTS CORPORATION <br> D/B/A RIDDELL/ALL AMERICAN <br> AND CHRIS HOODMAN | § § § § § | |

### RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE TESTIMONY OF DR. LAWRENCE THIBAULT AND AYUB OMMAYA, M.D.

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Riddell, Inc. and All American and file this their Response in Opposition to Plaintiff's Motion in Limine pertaining to the testimony of Dr. Lawrence Thibault and Ayub Ommaya, M.D. and for such would say as follows:

I.

The Court previously granted Plaintiffs' Motion in Limine concerning Dr. Ommaya's testimony as to the age of the subdural hematoma based in part on the surgical pathology report of Dr. Robert V. Jones. Dr. Robert V. Jones is a neuropathologist with whom Dr. Ommaya is well acquainted.

Dr. Ommaya will testify that pathology reports such as that of Dr. Jones attached hereto and marked as Exhibit 1 are the type reasonably relied upon by neurosurgeons in making treatment decisions and determining in the etiology of certain brain injuries. Such reports are also commonly reviewed and relied upon by biomechanical engineers such as Dr. Thibault for clarification of medical issues and to assist in determining the

mechanism of injury.

II.

F.R.E. Rule 703 specifically broadens the basis for expert opinions to include sources of information they use regularly when not in court, thus a physician in his own practice bases diagnosis and treatment on information from numerous sources including statements of other doctors, technicians, diagnostic studies and intrepatation of x-rays, ct scans, and MRIs by other physicians specialists. Reasonable reliance and validation of such underlying data is sufficient under Rule 703 to support the experts opinions (See Rule 703 and Advisory Committee notes.

Wherefore, premises considered, Defendants move the Court to reconsider it's previous ruing on Plaintiffs' Motion in Limine and allow the defense witnesses to testify in reliance on the surgical pathology report of Dr. Robert V. Jones pursuant to F.R.E. Rule 703.

Respectfully submitted,

ROBERT B. SUMMERS & ASSOCIATES
P. O. Box 398
Llano, Texas 78643
(915) 248-0033-Phone
(915) 248-0110-Fax

BY _/s/ Robert Summers_____
ROBERT B. SUMMERS
State Bar No. 19507000
ANN H. MEGEE
State Bar No. 13902700
Attorneys for Defendant
Riddell, Inc.

THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.

418 E. Dove
McAllen, Texas 78504
956-630-3080 Telephone
956-630-0189 Facsimile

BY: _____
Robert L. Guerra
State Bar No. 08578560
Attorneys for Defendant Riddell, Inc.

## CERTIFICATE OF CONFERENCE

This is to certify that I had a conference with Plaintiffs' counsel, Rex Blackburn, and he refused to agree to this motion.

_____
Robert Summers

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above was forwarded by telefax transmission and certified mail, return receipt requested to counsel of record on this the 11th day of April, 2001.

Mr. Rex Blackburn
**EVANS, KEANE L.L.P.**
1101 W. River Street, Suite 200
P.O. Box 959
Boise, Idaho  83701-0959
VIA FAX 208-345-3514
Telephone 208-384-1800

Mr. Mark D. Kamitomo
**THE MARKAM GROUP, INC., P.S.**
421 West Riverside, Suite 1060
Spokane, WA   99201
VIA FAX 509-747-1993
Telephone 509-747-0902

Mr. J. Arnold Aguilar
1200 Central Blvd.
Artemis Square, Suite H-2
Brownsville, TX 78520
VIA FAX 956-504-1408
Telephone 956-504-1100

ClibPDF - www.fastio.com

Mr. Mark T. Curry
**HUGHES, WATTERS & ASKANASE, LLP**
1415 Louisiana, 37th Floor
Houston, Texas 77002
VIA FAX  713/759-6834
Telephone 713-759-0818

Mr. Ramon Esparza
Renfro, Faulk & Blakemore
185 Ruben M. Torres, Sr. Blvd.
Brownsville, TX 78520
via fax 956-541-9695
telephone 956-541-9600

_____
Robert Summers

## SURGICAL PATHOLOGY

Patient's Name: RODRIGUEZ, JOSE L
Birth Date:      06/07/76
Age: 22   Sex: M   Race: U
Date Taken:
Date accessioned: 03/03/99
Date finalized:   03/04/99
Submitting Physician: Robert V. Jones, M.D.
Request from: Dr. Ayub K. Ommaya

Surg Path #: 99-S-1578
Medical Record #: (none entered)
Account #: (none entered)
Service: PRIVATE PATIENT
Location: PRIVATE PATIENT

## DIAGNOSIS

SUBDURAL SPACE, NOT FURTHER SPECIFIED, EVACUATION:
  : RECENT BLOOD CLOT (SUBDURAL HEMATOMA, CLINICAL).
  : SEE MICROSCOPIC DESCRIPTION AND COMMENT.

COMMENT:

With the caveat that dating of subdural hematomas in surgical (as opposed to autopsy) material is problematic, the section suggests **hemorrhages of two different ages**. The relatively intact red blood cells infiltrated by polys and lymphocytes suggest a **hemorrhage of approximately 24-48 hours duration**, while the areas of fibroblast proliferation and macrophage infiltration are more consistent with **hemorrhages of 4-5 days duration**. Morphologic findings should be integrated with clinical and radiographic features for fullest interpretation.

The glass slide will be returned to **Dr. Ommaya**.

Robert V. Jones, M.D.
                    Robert V. Jones, M.D.

CURRENT SPECIMEN:

ONE H&E STAINED GLASS SLIDE

Dr. Ommaya
EXHIBIT NO. 1
3-5-99
SHELLEY STINGLEY

Page 1

901 23rd St., N.W. Washington D.C. 20037
Surgical Pathology    Room 4367N  Tel (202) 994-3383  Fax (202) 994-0293
Clinical Pathology    Room 5353N  Tel (202) 994-2683  Fax (202) 994-5522

# SURGICAL PATHOLOGY

| | |
|---|---|
| Patient's Name: RODRIGUEZ, JOSE L | Surg Path #: 99-S-1578 |
| Birth Date: 06/07/76 | Medical Record #: |
| Age: 22   Sex: M   Race: | Service: PRIVATE PATIENT |

HISTORY

(None Given)

GROSS DESCRIPTION

Received from Dr. Ayub K. Ommaya is a single hematoxylin and eosin-stained glass slide labeled S-95-5208 and a surgical pathology report from Valley Baptist Medical Center with the accession number S-95-5208 and the patient name "Rodriguez, Jose L."
RVJ:vvm

MICROSCOPIC DESCRIPTION

The microsection shows a relatively fresh blood clot characterized by intact erythrocytes infiltrated by polymorphonuclear neutrophils and lymphocytes. Delicate fibrin strands are present at the edges of red blood cell aggregates. In adjacent zones there are spindled fibroblastic cells with enlarged vesicular nuclei and mitotic figures. The fibroblasts are mostly arranged in a single layer, though rare foci show two- or multi-layer stacking. These fibroblasts are mixed with denser, more granular fibrin, cytolytic red blood cells, and macrophages with engulfed red blood cells.

SNOMED CODES
1. M35000; M37100; TX1400

Page 2
--END OF REPORT--

901 23rd St., N.W. Washington D.C. 20037
Surgical Pathology   Room 4367N   Tel (202) 994-3383   Fax (202) 994-0293
Clinical Pathology   Room 5353N   Tel (202) 994-2682   Fax (202) 994-5522