United States District Court
Southern District of Texas
FILED

APR 25 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ AND JOSE L. RODRIGUEZ | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-CV-96-177 |
| RIDDELL SPORTS, INC. RIDDELL, INC. ALL AMERICAN SPORTS CORPORATION D/B/A RIDDELL/ALL AMERICAN AND CHRIS HOODMAN | § § § § § § | |

### DEFENDANT, ALL AMERICAN SPORTS CORPORATION D/B/A RIDDELL/ALL AMERICAN'S MOTION FOR JUDGMENT ON PLEADINGS AND MEMORANDUM IN SUPPORT THEREOF

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes All American Sports Corporation d/b/a Riddell/All American and files this its Motion for Judgment on the Pleadings pursuant to F.R.C.P. 12 (c) and moves the court to enter Judgment in its favor as Plaintiffs have failed to state a cause of action upon which they can recover and this party is entitled to judgment as a matter of law.

I.

Plaintiffs' statement of contention in Proposed Pretrial Order 4-20-01, 5(a) and (b) state a claim against "All American Sports Corporation d/b/a Riddell/All American for negligence and gross negligence." Plaintiff abandoned such cause of action before submission of the case to the jury and are therefore precluded from attempting to reassert it at this time. "For the record, Plaintiffs are requesting contrary to my earlier representations, that the jury be charged only with regard to strict liability as alleged

Jose Rodriguez' claim." Mr. Blackburn: SF 1327-28.

## II.

Alternatively, under the substantive law of Texas, Plaintiff has failed to state a cause of action under negligence because under Texas law a maintenance contract does not impose on the contractor responsibility to upgrade a product. <u>Muniz v. Ransomes Am. Corp</u>, 921 F.Supp 438, 442(S.D. Tex.1995), aff'd, 81 F.3rd 154 (5th Cir. 1996). Where there is no duty there can be no negligence.

The essential elements of actionable negligence are the existence of a duty on the part of one to another; the breach of that legal duty; injury to the party to whom the duty is owed as a proximate result of the breach. <u>Rosas v. Buddies Food Store</u>, 518 S.W.2d 534 (Tex.1975) and cases cited therein. Absent the showing of any one of these elements, no liability can arise from alleged negligence. <u>Graff v. Beard</u>, 858 S.W.2d 998, 919-920 (Tex.1993). Moreover, whether a duty exists under a given set of facts and circumstances is a question of law for the Court. Bird v W.L.W., 868 S.W.2d 767, 769 (Tex. 1994).

As the 5th Circuit of Appeals stated in its opinion in this case: "....even if hypothetically, Plaintiffs had made a negligence claim against All American for not using the new foam, to maintain the action the contractor must have a duty to enhance the product. All American Sports Corporation d/b/a Riddell/All American's contract with the school specifically said that it did not have that duty. All American Sports Corporation d/b/a Riddell/All American does not undertake to change or modify the design, construction, material or fitness of the athletic equipment herein listed its (sic) only obligation being to recondition such equipment as herein specified." See exhibit 1.

Rodriguez v Riddell Sports, Inc., et al, 242 F.3d. 567, (5th Cir. 2001) at 575.

Since there is no legal duty owed by All American Sports Corporation d/b/a Riddell/All American to Plaintiffs, their negligence and gross negligence claim fails as a matter of law entitling this defendant to Judgment on the Pleadings.

WHEREFORE, PREMISES CONSIDERED, All American Sports Corporation d/b/a Riddell/All American respectfully requests this Court grant its Motion for Judgment on Pleadings and that Plaintiffs take nothing against this party and for such other and further relief, general, special, legal and equitable to which this party may show itself justly entitled.

Respectfully submitted,

ROBERT B. SUMMERS & ASSOCIATES
P. O. Box 398
Llano, Texas 78643
(915) 248-0033-Phone
(915) 248-0110-Fax

BY _/s/ Robert Summers_
ROBERT B. SUMMERS
State Bar No. 19507000
ANN H. MEGEE
State Bar No. 13902700
Attorneys for Defendant
Riddell, Inc.

THORNTON, SUMMERS, BIECHLIN, DUNHAM & BROWN, L.C.
418 E. Dove
McAllen, Texas 78504
956-630-3080 Telephone
956-630-0189 Facsimile

BY: _/s/ Robert Summers_

Robert L. Guerra
State Bar No. 08578560
Attorneys for Defendant Riddell, Inc.

### CERTIFICATE OF CONFERENCE

This is to certify that I had a conference with Plaintiffs' counsel, Rex Blackburn, and he refused to agree to this motion.

_____
Robert Summers

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above was forwarded by telefax transmission and certified mail, return receipt requested to counsel of record on this the 25th day of April, 2001.

Mr. Rex Blackburn
**EVANS, KEANE L.L.P.**
1101 W. River Street, Suite 200
P.O. Box 959
Boise, Idaho 83701-0959
VIA FAX 208-345-3514
Telephone 208-384-1800

Mr. Mark D. Kamitomo
**THE MARKAM GROUP, INC., P.S.**
421 West Riverside, Suite 1060
Spokane, WA 99201
VIA FAX 509-747-1993
Telephone 509-747-0902

Mr. J. Arnold Aguilar
1200 Central Blvd.
Artemis Square, Suite H-2
Brownsville, TX 78520
VIA FAX 956-504-1408
Telephone 956-504-1100

Mr. Mark T. Curry

ClibPDF - www.fastio.com

**HUGHES, WATTERS & ASKANASE, LLP**
1415 Louisiana, 37th Floor
Houston, Texas 77002
VIA FAX 713/759-6834
Telephone 713-759-0818

Mr. Ramon Esparza
Renfro, Faulk & Blakemore
185 Ruben M. Torres, Sr. Blvd.
Brownsville, TX 78520
via fax 956-541-9695
telephone 956-541-9600

_____
Robert Summers

# ALL AMERICAN
### RECONDITIONERS OF TEAM ATHLETIC EQUIPMENT

**Riddell**

DEC 27 199

MAIN OFFICE
1450 TAYLOR STREET
ELYRIA, OHIO 44035

(216) FOOTBALL
(800) 275-5555
BELTON, MO 64012
(816) 331-0004

BURGETTSTOWN, PA 15021
(412) 947-9555
E. STROUDSBURG, PA 18301
(800) 275-6787

FRANKLIN PARK, IL 60131
(800) 323-2750
FORT VALLEY, GA 31030
(800) 275-5514

SAN ANTONIO, TX 78258
(800) 275-8544
UNION CITY, CA 94587
(800) 275-7579

BUFFALO, NY 14213
(716) 885-6100
FT. ERIE, ONTARIO L2A 5M9
(905) 871-1453

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SALESMAN: Houdmann | DATE: 12-15-94 | How Shipped: SETT | No. Bags: 4 | | | | | | | | | | | | |
| SCHOOL: Los Fresnos High School | | | | | | | | | | | | | | | |
| STREET: 1 mile N. Hwy 100 E Paredes line | | Terms: 1% 10 Days, Net 30 Full Dating - no discount | | | | | | | | | | | | | |
| CITY/STATE/ZIP: Los Fresnos TX 78566 | | | | | | | | | | | | | | | |
| OFFICIAL TITLE: Jesse Anaya A.D. | | | | | | | | | | | | | | | |
| Ath Dept | 5-25-95 | | | | | | | | | | | | | | |
| APPROX. RETURN DATE: 5-1-95 | Equip. Beyond Econ. Repair: Dispose | | ☐ FISCAL YEAR RESTRICTIONS Invoice Before ___ Invoice After ___ | | | | | | | | | | | | |

★ REPLACEMENT EQUIPMENT ★
☐ Helmets  ☐ Sh. Pads  ☐ Other   INVOICE SEPARATE: YES NO
★ ATTACH REPLACEMENT ORDER ★

| Code | Qty. | Mfg. | Model | Est. Parts Needed | Est. S/B | All | As Ned | Only | Qty | Size | All | Code | Style | Only Color | Qty | Code | Style | Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 168 | 28 | Riddell | VSR-4 | | 2 | | ✓ | | 20 | M | | 4509204 | 22AD | | 5 | 12 | 60 | 4 pt. |
| 162 | 27 | Riddell | VSR-3 | | 4 | | | | | | | 4509304 | 2360 | | 5 | 12 | 20 | 4 pt. High |
| 77 | 38 | Bike | 7700 | 3 | 5 | | | | | | | 4508504 | 22BN | | 40 | 12 | 40 | 2 pt. |
| 83 | 13 | Maxpro | 2001 | 1 | 2 | | | | | | | 4508704 | 22BN | | 4 | 12 | 60 | 4 pt. Pro 100 |

(Replace all Kra-Lites)

| TOTAL | 106 | SHELL CONDITION: ☐ Faded ☑ Scarred ☐ Dents ☐ Awards  ☑ Chipping ☐ Pitted ☐ Stripes | Face Prot. Color Change Yes No  New Face Protector Color | Helmet Age Material | |

Color Change: Yes No
Sample Color Tagged: Yes No

| Code | | | | | | |
|---|---|---|---|---|---|---|
| 27 | 106 | Color To Be Painted: High Gloss | All  As Ned.  None | | | |
| | 27 | Buff and Shine | All  As Ned.  None | | | |

Return All Helmets Gold.
Check color of Gold & match.
TAKE KRA-Lites off AND Return to go L___

Shell:  Molded ___   Cleated ___   New Cleats: Yes No
Shoulder Pads:
Rib Pads:
Hip Pads (wraparounds only):   Hip Pads Pieces:
Girdles: ☐ Reg. ☐ Plain  Inserts Missing ☐ All ☐ Some
Jerseys: ☐ Reg. ☐ Plain ☐ Faded ☐ Stained ☐ Color Run  Game ___  Prac. ___
Pants: ☐ Reg. ☐ Plain ☐ Faded ☐ Stained ☐ Color Run  Name ___  Prac. ___
Sideline Capes:

I hereby authorize ALL AMERICAN to recondition the athletic equipment listed, subject to conditions printed on the reverse side. I understand that ALL AMERICAN reserves the right to reject any equipment obsolete, outdated, or not meriting the expense of repair.
An estimate on any reconditioning order may vary 10-15 percent based on the above mentioned quantities. Defective parts discovered during the testing and reconditioning process will be deducted at their respective unit prices. Defective protective parts, in excess of the estimated quantities, will be returned for verification.
ALL AMERICAN is not responsible for ___ or assumed estimates. Company will apply its standard charge for transportation and handling. Sales tax will be added if applicable. This amount is not included in the estimate and will be added to the invoice.

**ESTIMATE MAY VARY AS EXPLAINED ABOVE**

Authorized Signature: _(signed)_ A.D.   Title: A.D.   Phone: (210) 233-3300   Total Before Transportation & Sales Tax if Applicable: **3833**

04/25/01 10:35A P.003

01/05/99 10:15 FAX 1 773 794 6155 RIDDELL 003

Nov. 4. 1998 4:33PM R ELL ALL AMERICAN No.1615 P. 3/9

## CONDITIONS OF CONTRACT

[illegible]

| | Quantity | | Unit Price | Total | |
|---|---|---|---|---|---|
| HELMETS: | 106 | Base | 9.95 | 1405 | |
| | | Inspection | | | |
| | | Cages Removed & Reinstalled | | | |
| | 59 | Major Repairs | 5.95 | | |
| | | Buffing | | | |
| | | Striping | | | |
| | 106 | Painting - ☐ Reg. ☒ Hi Gloss ☐ Wings ☐ Horns | 6 | 636 | |
| | | Snap Hardware | | | |
| | | Fastener Hardware | | | |
| | | Interior Parts | | 396 | |
| Replace all the Kerline Cages with [illegible] | 20 | Jaw Pads | 2.95 | 59 | |
| | 0 | Regular Chin Straps | | | |
| | 0 | High Hook Up Chin Straps | | | |
| | 0 | Pro Chin Straps | | | |
| | 80 | Regular Face Protectors | 11.00 | 891 | |
| | 10 | Special Order Face Protectors | 15 | 150 | |
| | 0 | Youth Face Protectors | 0 | 0 | |
| | 12 | Sweat Bands | 8 | 96 | |
| | | | | | |
| | | | | Helmet Total | 3833 |
| SHOULDER PADS: | | Base | | | |
| | | Major Repairs | | | |
| | | Montles | | | |
| | | Flaps | | | |
| | | Tubbs - Collars | | | |
| | | Caps | | | |
| | | Straps - Snubbers | | | |
| | | Hardware | | | |
| | | | | Shoulder Pad Total | |
| SHOES: | | Base | | | |
| | | New Cleats | | | |
| RIB PADS: | | | | | |
| HIP PADS: | | | | | |
| BRIEFS: | | | | | |
| JERSEYS: | | | | | |
| PANTS: | | | | | |
| SIDELINE COATS: | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Reconditioning Total | 3833 |
| | | | | Replacement Total | 0 |
| *Enter GRAND TOTAL in the price block on the front of this order | | | | GRAND TOTAL | 3833 |

AllAmer 2