United States District Court
Southern District of Texas
FILED

APR 2 5 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RAQUEL O. RODRIGUEZ AND JOSE L. RODRIGUEZ § § § § | |
| VS. § | CIVIL ACTION NO. B-CV-96-177 |
| § RIDDELL SPORTS, INC. § RIDDELL, INC. § ALL AMERICAN SPORTS CORPORATION § D/B/A RIDDELL/ALL AMERICAN § AND CHRIS HOODMAN § | |

### RIDDELL INC.'S MOTION IN LIMINE TO EXCLUDE "BETTER" TESTIMONY AND TO PROHIBIT STALNAKER FROM TESTIFYING ABOUT CUSTOMS OF THE FOOTBALL HELMET INDUSTRY

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Defendant's Riddell Inc. and All American and files this their motion in limine to exclude "better" testimony And to prohibit Dr. Richard L. Stalnaker from testifying about customs of the football helmet industry and for such says as follows:

I.

Throughout the first trial of this case, counsel for Plaintiff, the Court and Plaintiff's witness Dr. Richard L. Stalnaker asked or responded to questions regarding "better" design alternatives, "better" test results, "better" padding, etc. Such questioning and responses are not relevant to whether the design of the VSR-4 was defective and unreasonably dangerous as defined by the substantive law of State of Texas and will not suffice as a basis of liability, further it is confusing and misleading to the jury. Henderson v. Ford Motor Co., 519, S.W.2d, 87 (Tex. 1975). "The manufacturer is not changed by the law...to design every part to be the best that science can produce..." Id. at 93; a designer is not obligated to design the safest possible product, or one as soft

as others, or a safer product than the one designed. <u>Bell Helicopter Co. vs. Bradshaw</u>, 594 S.W. 2d 519 (Tex.App-Corpus Christi 1979)

The fact that a manufacturer might have designed a better, safer product does not necessarily mean that the product he did design was unreasonably dangerous. <u>Daberko vs. Hiel Co.</u>, 681, F2d, 445 (5th Circuit, 1982).

II.

Stalnaker during the first trial of this case opined: SF367-368: "I think 8% is too high. I don't know somebody else may accept a 5% risk that is the company's job. SF370: "Most companies have a safety factor built in...good companies get one - Better companies get others. SF370-371: Dr. Stalnaker used an example of auto companies - they don't allow it to be closer than 20%. There has no predicate to establish Stalnaker has knowledge of the customs and practices in the football helmet industry. In fact, he no experience or knowledge f the football helmet industry and has never worked for or been consulted by a football helmet manufacturer. Custom or usage in the automotive industry is not relevant to that of football equipment manufacturers. Stalnaker's testimony in this area is sheer speculation. Further, such testimony is likely to confuse and mislead the jury to the prejudice of Defendants.

Such testimony is therefore not only irrelevant but is misleading and confusing to the jury and is prejudicial to Defendants.

Wherefore, considered Defendant Riddell Inc. moves the court to grant it's Motion in Limine and that the witness Stalnaker be so instructed.

Respectfully submitted,

Robert L. Guerra
State Bar No. 08578560
THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.
418 E. Dove
McAllen, Texas 78504
956-630-3080 Telephone
956-630-0189 Facsimile

ROBERT B. SUMMERS & ASSOCIATES
P. O. Box 398
Llano, Texas  78643
(915) 248-0033-Phone
(915) 248-0110-Fax

BY _____/s/ Robert Summers_____
ROBERT B. SUMMERS
State Bar No. 19507000
ANN H. MEGEE
State Bar No. 13902700
Attorneys for Defendants

### CERTIFICATE OF CONFERENCE

This is to certify that I had a conference with Plaintiffs' counsel, Rex Blackburn, and he ___25th___ to agree to this motion.

_____/s/ Robert Summers_____
Robert Summers

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above was forwarded by telefax transmission and certified mail, return receipt requested to counsel of record on this the __25th__ day of April, 2001.

Mr. Rex Blackburn
**EVANS, KEANE L.L.P.**
1101 W. River Street, Suite 200
P.O. Box 959
Boise, Idaho 83701-0959
VIA FAX 208-345-3514
Telephone 208-384-1800

Mr. Mark D. Kamitomo
**THE MARKAM GROUP, INC., P.S.**

421 West Riverside, Suite 1060
Spokane, WA  99201
VIA FAX 509-747-1993
Telephone 509-747-0902

Mr. J. Arnold Aguilar
1200 Central Blvd.
Artemis Square, Suite H-2
Brownsville, TX 78520
VIA FAX 956-504-1408
Telephone 956-504-1100

Mr. Mark T. Curry
**HUGHES, WATTERS & ASKANASE, LLP**
1415 Louisiana, 37th Floor
Houston, Texas 77002
VIA FAX  713/759-6834
Telephone 713-759-0818

Mr. Ramon Esparza
Renfro, Faulk & Blakemore
185 Ruben M. Torres, Sr. Blvd.
Brownsville, TX 78520
via fax 956-541-9695
telephone 956-541-9600

_____
Robert Summers