



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ AND JOSE L. RODRIGUEZ | § § § § | |
| VS. | § | CIVIL ACTION NO. B-CV-96-177 |
| RIDDELL SPORTS, INC. RIDDELL, INC. ALL AMERICAN SPORTS CORPORATION D/B/A RIDDELL/ALL AMERICAN AND CHRIS HOODMAN | § § § § § § | |

### DEFENDANT RIDDELL INC.'S MOTION FOR JUDGMENT ON PLEADINGS - PLAINTIFF'S NEGLIGENCE AND GROSS NEGLIGENCE CLAIMS AND MEMORANDUM IN SUPPORT THEREOF

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Defendant Riddell Inc. and files its Motion for Judgment on the Pleadings pursuant to FRCP 12(c) and moves the court to enter Judgment in its favor as to Plaintiff's allegations of negligence and gross negligence as such claims fail to state a cause of action upon which they can recover and this party is entitled to judgment as a matter of law.

I.

Plaintiff's Statement of Contention in their Proposed Pre-Trial Order of 4-20-01 5(a) and (b) states a claim against Riddell for negligence and gross negligence. Plaintiff abandoned such cause of action before submission of the case to the jury and they are therefore precluded from attempting to reassert it at this time.

II.

Alternatively, under the substantive law of Texas, Plaintiff's allegations fail to

state a cause of act in negligence as to this party.

The essential elements of actionable negligence are the existence of a duty on the part of one to another; the breach of that legal duty; and injury to the person to whom the duty is owed as a proximate result of the breach; <u>Rojos vs. Buddies Food Store</u>, 518 S.W. 2d 534 (Tex. 1975) and cases cited therein. Duty is a threshold issue in a negligence case.

No Texas court has recognized post marketing duty on the part of a manufacturer to recall its product or to remedy alleged dangerous defects in a product which are not discovered until after manufacture and sale. <u>Bell Helicopter Co. vs. Bradshaw</u>, 594S.W.2d5 (Tex. App.- Corpus Christi, 1979.

Because Texas does not impose on manufacturers the duty to recall products for which a safer design has been developed, the Plaintiffs' allegations of negligence and gross negligence against Riddell Inc. fail as a matter of law. <u>Syrie vs. Knoll Intern</u>, 748 F.2d 304 (5th Cir. 1984).

WHEREFORE, PREMISES CONSIDERED, Riddell, Inc. respectfully requests this Court grant its Motion for Judgment on Pleadings and that Plaintiffs take nothing against this party on their negligence and gross negligence claims, and for such other and further relief, general, special, legal and equitable to which this party may show itself justly entitled.

            Respectfully submitted,

            Robert L. Guerra
            State Bar No. 08578560
            THORNTON, SUMMERS, BIECHLIN,
            DUNHAM & BROWN, L.C.
            418 E. Dove
            McAllen, Texas 78504

956-630-3080 Telephone
956-630-0189 Facsimile

ROBERT B. SUMMERS & ASSOCIATES
P. O. Box 398
Llano, Texas 78643
(915) 248-0033-Phone
(915) 248-0110-Fax

BY _____
ROBERT B. SUMMERS
State Bar No. 19507000
ANN H. MEGEE
State Bar No. 13902700
Attorneys for Defendants

## CERTIFICATE OF CONFERENCE

This is to certify that I had a conference with Plaintiffs' counsel, Rex Blackburn, and he refused to agree to this motion.

_____
Robert Summers

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above was forwarded by telefax transmission and certified mail, return receipt requested to counsel of record on this the 25th day of April, 2001.

Mr. Rex Blackburn
**EVANS, KEANE L.L.P.**
1101 W. River Street, Suite 200
P.O. Box 959
Boise, Idaho 83701-0959
VIA FAX 208-345-3514
Telephone 208-384-1800

Mr. Mark D. Kamitomo

**THE MARKAM GROUP, INC., P.S.**
421 West Riverside, Suite 1060
Spokane, WA 99201
VIA FAX 509-747-1993
Telephone 509-747-0902

Mr. J. Arnold Aguilar
1200 Central Blvd.
Artemis Square, Suite H-2
Brownsville, TX 78520
VIA FAX 956-504-1408
Telephone 956-504-1100

Mr. Mark T. Curry
**HUGHES, WATTERS & ASKANASE, LLP**
1415 Louisiana, 37th Floor
Houston, Texas 77002
VIA FAX 713/759-6834
Telephone 713-759-0818

Mr. Ramon Esparza
Renfro, Faulk & Blakemore
185 Ruben M. Torres, Sr. Blvd.
Brownsville, TX 78520
via fax 956-541-9695
telephone 956-541-9600

_____
Robert Summers