United States District Court
Southern District of Texas
FILED

APR 25 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RAQUEL O. RODRIGUEZ § | |
| AND JOSE L. RODRIGUEZ § | |
| § | |
| VS. § | CIVIL ACTION NO. B-CV-96-177 |
| § | |
| RIDDELL SPORTS, INC. § | |
| RIDDELL, INC. § | |
| ALL AMERICAN SPORTS CORPORATION § | |
| D/B/A RIDDELL/ALL AMERICAN § | |
| AND CHRIS HOODMAN § | |

### RESPONSE TO PLAINTIFF'S MOTION IN LIMINE REGARDING MESSRS. HALSTEAD, KULT, KRAEMER AND MCELHANEY

TO THE HONORABLE JUDGE OF SAID COURT:

Regarding opinions based on infrequency of Jose Rodriguez's injuries.

Now comes Defendant's Riddell Inc. and All American and files this their response to plaintiff's Motion in Limine regarding Messrs. Halstead, Kult, Kraemer and McElhaney. Asserting that they cannot render opinions based on infrequency of injuries such as Jose Rodriguez's. These witnesses will testify that reports such as the "Annual Survey of Catastrophic Football Injuries 1977-1992" is reasonably relied on by the industry and those professional organizations concerned with sports safety and football safety.

The absence of other accidents is admissible to establish the absence of a defect. <u>Koloda vs. General Motors Corp.</u>, 716, F. 2d 373 (6th Cir. 1983); <u>Minichello vs. U.S. Industries, Inc.</u>, 756 F. 2d-26 (6th Circuit 1985); <u>Hines vs. Joy Manufacturing Co.</u>, 850 Fed. 2d 1146 (6th Cir. 1988)

Wherefore, premises considered, Defendant moves the court to deny Plaintiff's Motion in Limine regarding Messrs. Halstead, Kult, Kraemer and McElhaney. And to allow such evidence which is within the personal knowledge of the witnesses and or meets the predicate of Rule 703 F.R.E.

Respectfully submitted,

Robert L. Guerra
State Bar No. 08578560
THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.
418 E. Dove
McAllen, Texas 78504
956-630-3080 Telephone
956-630-0189 Facsimile

ROBERT B. SUMMERS & ASSOCIATES
P. O. Box 398
Llano, Texas 78643
(915) 248-0033-Phone
(915) 248-0110-Fax


BY _____
ROBERT B. SUMMERS
State Bar No. 19507000
ANN H. MEGEE
State Bar No. 13902700
Attorneys for Defendants


## CERTIFICATE OF CONFERENCE

This is to certify that I had a conference with Plaintiffs' counsel, Rex Blackburn, and he ___26th___ to agree to this motion.

_____
Robert Summers


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above was forwarded by telefax transmission and certified mail, return receipt requested to counsel of record on this the 25th day of April, 2001.

Mr. Rex Blackburn
**EVANS, KEANE L.L.P.**
1101 W. River Street, Suite 200
P.O. Box 959
Boise, Idaho 83701-0959
VIA FAX 208-345-3514
Telephone 208-384-1800

Mr. Mark D. Kamitomo
**THE MARKAM GROUP, INC., P.S.**
421 West Riverside, Suite 1060
Spokane, WA 99201
VIA FAX 509-747-1993
Telephone 509-747-0902

Mr. J. Arnold Aguilar
1200 Central Blvd.
Artemis Square, Suite H-2
Brownsville, TX 78520
VIA FAX 956-504-1408
Telephone 956-504-1100

Mr. Mark T. Curry
**HUGHES, WATTERS & ASKANASE, LLP**
1415 Louisiana, 37th Floor
Houston, Texas 77002
VIA FAX 713/759-6834
Telephone 713-759-0818

Mr. Ramon Esparza
Renfro, Faulk & Blakemore
185 Ruben M. Torres, Sr. Blvd.
Brownsville, TX 78520
via fax 956-541-9695
telephone 956-541-9600

_____
Robert Summers