302

United States District Court
Southern District of Texas
FILED

MAY 3 1 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ, as legal guardian of JOSE L. RODRIGUEZ | § § § | |
| VS. | § | CIVIL ACTION NO. |
| RIDDELL SPORTS, INC., RIDDELL INC., ALL AMERICAN SPORTS CORPORATION d/b/a RIDDELL/ALL AMERICAN | § § § § § | B - 96 - 177 |

## MOTION TO SET FRIENDLY SUIT HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **RAQUEL O. RODRIGUEZ, as legal guardian of JOSE L. RODRIGUEZ,** Plaintiff herein and informs this Honorable Court that the parties have agreed to settlement of this case at mediation held on April 30, 2001. The parties are presently in the process of drafting all the settlement documents necessary to finalize the settlement. Roman D. Esparza had previously been appointed attorney ad litem to protect the interests of Jose L. Rodriguez, an adult male who is *non compos mentis*. Plaintiff would now request that a friendly suit hearing be set, at the Court's earliest convenience, so that the Court may review and approve the terms of the settlement reached in this matter.

Signed on this the 31st day of May, 2001.

                                      Respectfully submitted,

                                      **LAW OFFICE**
                                      **J. ARNOLD AGUILAR**
                                      Artemis Square, Suite H-2
                                      1200 Central Boulevard
                                      Brownsville, Texas  78520
                                      Telephone      :  (956) 504-1100
                                      Facsimile       :  (956) 504-1408

By: _____
            J. Arnold Aguilar
            State Bar No. 00936270
            Federal Adm. No. 6822

Attorney for Plaintiff,
RAQUEL O. RODRIGUEZ, as legal
guardian of JOSE L. RODRIGUEZ

## CERTIFICATE OF CONFERENCE

     I, J. Arnold Aguilar, hereby certify that on May 31, 2001, I contacted Roman D. Esparza, attorney ad litem for Jose L. Rodriguez, who advised me that he is in agreement with my filing this motion. Counsel for Defendants, Robert Summers, was contacted but was unavailable; therefore, I cannot confirm if he is opposed or unopposed.

_____
J. Arnold Aguilar

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the above and foregoing **MOTION TO SET FRIENDLY SUIT HEARING** has on this the 31st day of May, 2001, been served on all counsel of record, to-wit:

Mr. Robert B. Summers
ROBERT SUMMERS & ASSOCIATES
P. O. Box 398
Llano, TX 78643

Mr. Mark T. Curry
HUGHES, WATTERS & ASKANASE, L.L.P.
1415 Louisiana, 37th Floor
Houston, TX 77002

Mr. Roman D. Esparza
RENTFRO, FAULK & BLAKEMORE, L.L.P.
185 E. Ruben Torres Blvd.
Brownsville, TX 78520-9136

Mr. Mark D. Kamitomo
THE MARKAM GROUP, INC., P.S.
421 West Riverside, Suite 1060
Spokane, WA 99201

Mr. Rex Blackburn
Mr. Paul J. Augustine
EVANS, KEANE L.L.P.
1101 W. River Street, Suite 200
P.O. Box 959
Boise, ID 83701-0959

            J. Arnold Aguilar