30

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 01 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RAQUEL O. RODRIGUEZ, as legal guardian of JOSE L. RODRIGUEZ § § § | |
| VS. § § | CIVIL ACTION NO. |
| RIDDELL SPORTS, INC., RIDDELL INC., ALL AMERICAN SPORTS CORPORATION d/b/a RIDDELL/ALL AMERICAN § § § § | B - 96 - 177 |

## ORDER SETTING FRIENDLY SUIT HEARING

On this day came on for consideration *Plaintiff's Motion for Friendly Suit Hearing* in the above entitled and numbered cause of action. Upon consideration of said pleading and papers on file, the Court is of the opinion that this cause should be set for hearing.

IT IS, THEREFORE, ORDERED that a Friendly Suit Hearing be and is hereby set for the 19th day of June, 2001 at 1:30 o'clock p.m.

Signed for entry this 1st day of June, 2001.

_____
U.S. DISTRICT JUDGE