307

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RAQUEL O. RODRIGUEZ, ET AL § | |
| § | |
| VS. § | |
| § | |
| RIDDELL SPORTS, INC.; § | |
| RIDDELL INC.; § | CIVIL ACTION NO. <u>B-CV-96-177</u> |
| ALL AMERICAN SPORTS § | |
| CORPORATION DBA RIDDELL § | |
| ALL AMERICAN; CHRIS HOODMAN; § | |
| RUBATEX CORPORATION; AND § | |
| MONARCH RUBBER COMPANY § | |

## <u>ORDER</u>

This Court has previously set a Friendly Suit hearing in this case for 1:30 p.m. on June 19, 2001. It has come to the attention of the Court that Mark D. Kamitomo and The Markam Group, Inc., P.S. have filed a Motion to Consolidate this cause with Case No. C-99-1999 styled <u>Wyatt & Wyatt, P.C. v. The Markam Group, Inc., P.S. and Mark D. Kamitomo</u> and has also filed a Motion for Expedited Hearing. After considering said Motions, all pleadings on file and the applicable law, the Court is of the opinion that issues may exist regarding the assessment of cost and/or attorney fees in resolving the Friendly Suit and the interest of Jose Rodriguez which requires the presence of Wyatt & Wyatt, P.C. It is, therefore,

**ORDERED** that Wyatt & Wyatt, P.C. appear at the Friendly Suit hearing on June 19, 2001 at 1:30 p.m. in the United States District Courthouse in Brownsville, Texas before the Honorable Filemon B. Vela, by and through a designated representative fully authorized to represent, speak for and bind Wyatt & Wyatt, P.C. regarding all claims by Wyatt & Wyatt, P.C. for costs and attorney's fees related to this cause; it is further

**ORDERED** that hearing on the Motion to Intervene and to Consolidate is set for 1:30 o'clock p.m. on the  19th  day of June, 2001 before the Honorable Filemon B. Vela in the United States Courthouse in Brownsville, Texas; it is further

**ORDERED** that any opposition to the Motion to Intervene and to Consolidate may be filed with the Court and served upon opposing counsel, via Facsimile, up until 5:00 p.m. on the  18th  day of June, 2001.

**DONE AND ENTERED** this  14th  day of June, 2001 at Brownsville, Texas.

_____
**HON. FILEMON B. VELA**
**UNITED STATES DISTRICT JUDGE**

**COPIES TO:**

*Keith N. Uhles*, Royston, Rayzor, Vickery & Williams, L.L.P., P. O. Box 3509, Brownsville, TX 78523
*Dino Esparza*, Rentfro, Faulk & Blakemore, L.L.P., 185 E. Ruben M. Torres Sr. Blvd., Brownsville, TX 78520
*Robert Guerra*, Thornton, Summers, Biechlin, Dunham & Brown, L.C., 418 East Dove Avenue, McAllen, TX 78504
*Robert Summers*, Summers & Associates, P. O. Box 398, Llano, TX 78643
*Arnold J. Aguilar*, Law Office of Arnold J. Aguilar, 1200 Central Boulevard, Suite H-2, Brownsville, TX 78520
*Mark Travis Curry*, Hughes, Watters & Akanase, L.L.P., 1415 Louisiana, 37th Floor, Houston, TX 77002-7354
*Michael Rodriguez*, Rodriguez, Colvin & Chaney, 1201 E. Van Buren Street, Brownsville, TX 78520
*Mark Kamitomo*, The Markam Group, Inc., P.S., 421 West Riverside, Suite 1060, Spokane, WA 99201
*Rex Blackburn*, Evans & Keane, 1101 W. River St., Suite 200, Boise, ID 83701
*Van Huseman*, White, Huseman & Pletcher, 600 Leopard Street, Suite 2100, Corpus Christi, TX 78473