308

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 8 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RAQUEL O. RODRIGUEZ, ET AL | § |
| | § |
| VS. | § |
| | § |
| RIDDELL SPORTS, INC.; | § |
| RIDDELL INC.; | § |
| ALL AMERICAN SPORTS | § |
| CORPORATION DBA RIDDELL | § |
| ALL AMERICAN; CHRIS HOODMAN; | § |
| RUBATEX CORPORATION; AND | § |
| MONARCH RUBBER COMPANY | § |

CIVIL ACTION NO. **B-CV-96-177**

## ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, **The Markam Group, Inc., P.S. and Mark D. Kamitomo** and advise the Court that an agreement has been reached with Wyatt & Wyatt, P.C. to settle the claims between Mark D. Kamitomo and The Markam Group, Inc., P.S. on the one hand and Wyatt & Wyatt, P.C. on the other hand. A copy of the Notice of Settlement which is being filed in the Corpus Christi Division of the United States District Court for the Southern District of Texas in C-99-199, Wyatt & Wyatt, P.C. vs. The Markam Group, Inc., P.S. and Mark D. Kamitomo is attached hereto as Exhibit "A".

Respectfully submitted,

_____
Keith N. Uhles
Federal I. D. No. 1936
State Bar No. 20371100
Ewing E. Sikes, III
Federal I.D. No. 19534
State Bar No. 00794631
Attorneys for Intervenors,
**THE MARKAM GROUP, INC., P.S. and
MARK D. KAMITOMO**

45437:972092.1:061801

Of COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas   78523-3509
Telephone:  (956) 542-4377
Telecopier:  (956) 542-4370

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above of the foregoing document has been forwarded, via **Facsimile** to all counsel of record on this _18th_ day of **June, 2001**, as follows:

Dino Esparza
RENTFRO, FAULK & BLAKEMORE, L.L.P.
185 E. Ruben M. Torres Sr. Blvd.
Brownsville, Texas 78520

Robert Guerra
THORNTON, SUMMERS, BIECHLIN,
 DUNHAM & BROWN, L.C.
418 East Dove Avenue
McAllen, Texas 78504

Robert Summers
SUMMERS & ASSOCIATES
P. O. Box 398
Llano, Texas 78643

Arnold J. Aguilar
LAW OFFICE OF ARNOLD J. AGUILAR
1200 Central Boulevard, Suite H-2
Brownsville, Texas 78520

Mark Travis Curry
HUGHES, WATTERS & AKANASE, L.L.P.
1415 Louisiana, 37th Floor
Houston, Texas 77002-7354

Michael Rodriguez
Eduardo Rodriguez
RODRIGUEZ, COLVIN & CHANEY
1201 E. Van Buren Street
Brownsville, Texas 78520

Mark Kamitomo
THE MARKAM GROUP, INC., P.S.
421 West Riverside, Suite 1060
Spokane, Washington 99201

Rex Blackburn
EVANS, KEANE
1101 W. River St., Suite 200
P. O. Box 959
Boise, ID 83701-0959

Van Huseman
WHITE, HUSEMAN & PLETCHER
600 Leopard Street, Suite 2100
Corpus Christi, Texas 78473

                                            */s/*
**Of Royston, Rayzor, Vickery & Williams, L.L.P.**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-99-199 |
| | § | |
| THE MARKAM GROUP, INC., P.S. | § | |
| AND MARK D. KAMITOMO | § | |

## NOTICE OF SETTLEMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW Plaintiff, Wyatt & Wyatt, P.C. and Defendants, The Markam Group, Inc., P.S. and Mark D. Kamitomo and, announce to the Court that an agreement has been reached to compromise and settlement all causes of action asserted herein. Wyatt & Wyatt, P.C. agrees to dismiss all of its claims against The Markam Group, Inc., P.S. and Mark D. Kamitomo and The Markam Group, Inc., P.S. and Mark D. Kamitomo agree to dismiss all claims against Wyatt & Wyatt, P.C. and to pay $72,000.00 to Wyatt & Wyatt, P.C. Mark D. Kamitomo intends to pay the $72,000.00 out of the attorney fee portion of the settlement proceeds of Cause No. B-CV-96-177, Raquel O. Rodriguez, et al v. Riddell Sports, Inc., et al, currently pending in the Brownsville Division of the United States District Court for the Southern District of Texas to Wyatt & Wyatt, P.C. The settlement of the Rodriguez v. Riddell Sports, Inc. case is expected to be funded in August, 2001. In addition to the dismissal of claims, Wyatt & Wyatt, P.C. on the one hand and The Markam Group, Inc., P.S. and Mark D. Kamitomo on the other hand will execute a Mutual Release in which The Markam Group, Inc., P.S. and Mark D. Kamitomo will release all claims that they have or may have against Wyatt & Wyatt, P.C. and Wyatt & Wyatt, P.C. will release all claims that it has or may have against The Markam Group, Inc., P.S., Mark D. Kamitomo. Wyatt & Wyatt, P.C.

45437 972084.1 061801

EXHIBIT "A"

further agrees that it will not pursue a claim or cause of action for attorney's fees or other damages against Riddell Sports, Inc., Riddell, Inc., All American Sports Corporation d/b/a Riddell/All American, Chris Hoodman, Raquel O. Rodriguez and Jose L. Rodriguez or any other source arising from or related to the representation of Raquel O. Rodriguez and Jose L. Rodriguez. Wyatt & Wyatt, P.C.'s claim for costs and expenses as attorneys pursuing litigation on behalf of Raquel O. Rodriguez and Jose L. Rodriguez will be presented for approval to the Court at the friendly suit hearing in Cause No. B-CV-96-177, <u>Raquel O Rodriguez, et al v. Riddell Sports, Inc., et al</u>.

Respectfully submitted,

By: /s/ Keith Uhles w/permission Afiel Herrero

Keith N. Uhles
Federal I. D. No. 1936
State Bar of Texas No. 20371100
Ewing E. Sikes, III
Federal I.D. No. 19534
State Bar of Texas No. 00794631
Attorneys for Defendants
**THE MARKAM GROUP, INC., P.S.
and MARK D. KAMITOMO**

Of COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509
Tel: (956) 542-4377; Fax: (956) 542-4370

HUSEMAN & PLETCHER
600 Leopard Street, Suite 2100
Corpus Christi, Texas 78473
Tel: (361) 883-3563; Fax: (361) 883-0210

BY: /s/ Van Huseman by permission by Cliff Gordon

Van Huseman
Federal ID No .1167
Texas Bar No. 10323500