# SEALED RECORD

DESCRIPTION OF CONTENTS: Petition for Approval of Settlement and Order Approving Settlement

CASE NO. CAB-96-177
INSTRUMENT NO. #309, 311

United States District Court
Southern District of Texas
FILED
JUN 19 2001
Michael N. Milby
Clerk of Court