**SEALED RECORD**

DESCRIPTION OF CONTENTS: Petition for Approval of Settlement and Order Approving Settlement

United States District Court
Southern District of Texas
FILED

JUN 19 2001

Michael N. Milby
Clerk of Court

CASE NO. CAB-96-177
INSTRUMENT NO. #309, 311