*313*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**JUN 2 0 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ AND | § | |
| JOSE L. RODRIGUEZ, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-96-177 |
| | § | |
| RIDDELL SPORTS, INC., | § | |
| RIDDELL, INC., ALL AMERICAN | § | |
| SPORTS CORPORATION D/B/A | § | |
| RIDDELL/ALL AMERICAN, AND | § | |
| CHRIS HOODMAN, | § | |
| Defendants. | § | |

## ORDER

After a hearing held on June 19, 2001, this Court GRANTED Plaintiff's Motion for

Approval of Settlement (Docket No. 309) and adopted the proposed Settlement Agreement.

Further, this Court GRANTED Plaintiff's Application to Establish the Jose L. Rodriguez Trust

(Docket No. 310).  After adoption of said Settlement Agreement this Court finds the following

motions *moot*:

- "Renewed Motion In Limine by Raquel O. Rodriguez, Jose L. Rodriguez"
  (Docket No. 276).

- "Motion for Recusal of Filemon B. Vela by Riddell Sports, Inc." (Docket No.
  279).

- "Motion In Limine No. 18 by Raquel O. Rodriguez" (Docket No. 282).

- "Motion with Memorandum in Support for Immediate Deposit of Trial Exhibits
  with the  Court by Raquel O. Rodriguez" (Docket no. 283).

- "Motion to Designate Rebuttal Witnesses, to Re-open Discovery and for

Continuance by Riddell Sports, Inc." (Docket No. 285).

- "Motion to Exclude Testimony of Richard Stalnaker by Riddell Sports, Inc.,
  Riddell, Inc." (Docket No. 289)

- "Motion to Bifurcate by All American" (Docket No. 292).

- "Motion to Allow Computers in the Courtroom by All American, et. al" (Docket
  No. 293).

- "Motion for Judgment on Pleadings by All American, et. al" (Docket No. 294).

- "Motion In Limine by All American, et. al" (Docket No. 295).

- "Motion In Limine by All American, et. al" (Docket No. 296).

- "Motion In Limine by All American, et. al" (Docket No. 297).

- "Motion for Judgment on Pleadings and Memorandum in Support by All
  American, et. al" (Docket No. 298).

- "Motion for Judgment on Pleadings and Memorandum in Support by All
  American, et. al" (Docket No. 300).

- "Motion to Intervene by Mark A. Kamitomo, Markam Group Inc." (Docket No.
  304-1).

- "Motion to Consolidate cases by Markam Group Inc., Mark D. Kamitomo"
  (Docket No. 304-2).

IT IS SO ORDERED.

SIGNED this 20th day of June , 2001 at Brownsville, Texas.

Filemon B. Vela
United States District Judge