314

# COURT MINUTES

HONORABLE Filemon B. Vela JUDGE PRESIDING

COURTROOM CLERK Lourdes Mardis

United States District Court
Southern District of Texas
FILED
JUN 19 2001
Michael N. Milby
Clerk of Court

COURT REPORTER Sydnee Schwab LAW CLERK Frank Wood

COURT INTERPRETER: David Hoover

DATE: **June 19, 2001** TIME: 2:00 p.m.

*****************************************************************

Civil Action No. B-96-cv-177

RAQUEL O. RODRIGUEZ, as Legal Guardian of Jose L. Rodriguez — Arnold Aguilar, Roman D. Esparza

vs

RIDDELL SPORTS, INC., ET AL — Robert B. Summers, Mark Travis Curry, Rex Blackburn

---

Hearing held. Parties announced settlement agreement as would regard consolidation and payment of attorneys fees and Court approved the same. Wyatt Plaintiffs acknowledge they have no remaining claims against Defendants or Rodriguez Plaintiffs. Settlement Agreement between the parties approved by the Court. Petition for Approval and Order approving Settlement ordered sealed. Defendants to Federal Express check to Plaintiffs and pay Ad-Litem fees on 8/3/01. Order of Dismissal to be filed on 8/3/01. Trust established for the benefit of Plaintiff.



ClibPDF - www.fastio.com