

United States District Court
Southern District of Texas
FILED

AUG - 6 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RAQUEL O. RODRIGUEZ, as legal guardian of JOSE L. RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>RIDDELL, INC.; and ALL AMERICAN SPORTS CORPORATION, d/b/a RIDDELL/ALL AMERICAN,<br><br>Defendants. | CIVIL ACTION NO. B-96-177 |

## AFFIDAVIT OF REX BLACKBURN IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE RE: CONTEMPT

STATE OF IDAHO    )
                 : ss.
County of Ada    )

I, REX BLACKBURN, being first duly sworn upon oath, depose and state:

1. That I am counsel of record duly authorized to appear before this Court *pro hac vice*;

2. That I have read the factual allegations set forth in the Motion for Order to Show Cause Re: Contempt, and that the same are true, correct, and within my personal knowledge;

3. That on Friday, August 3, 2001, I contacted the office of counsel for Defendants and spoke with Mr. Summers' secretary, Barbara. I advised her that the settlement checks specified in the Court's Order Approving Settlement had not been received by the intended recipients. Barbara stated that the checks were to have been issued by the Defendants' insurer.

AFFIDAVIT OF REX BLACKBURN IN SUPPORT OF MOTION FOR
ORDER TO SHOW CAUSE RE: CONTEMPT – 1

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
REX BLACKBURN

SUBSCRIBED AND SWORN TO before me this 4th day of August, 2001.

_____
Notary Public for Idaho
Residing at Boise, Idaho
My Commission expires 1-8-06

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of August, 2001, a true and correct copy of the foregoing document was served by first-class mail, postage prepaid, and addressed to; by fax transmission to; by overnight delivery to; or by personally delivering to or leaving with a person in charge of the office as indicated below:

Robert B. Summers  
ROBERT B. SUMMERS & ASSOCIATES  
714 Ford Street  
Post Office Box 398  
Llano, TX 78643

[x] U.S. Mail  
[x] Facsimile (915) 248-0110  
[ ] Overnight Delivery  
[ ] Messenger Delivery

Mark T. Curry  
HUGHES, WATTERS & ASKANASE, LLP  
1415 Louisiana, 37th Floor  
Houston, Texas 77002

[x] U.S. Mail  
[x] Facsimile (713) 759-6834  
[ ] Overnight Delivery  
[ ] Messenger Delivery

_____
REX BLACKBURN

AFFIDAVIT OF REX BLACKBURN IN SUPPORT OF MOTION FOR
ORDER TO SHOW CAUSE RE: CONTEMPT - 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RAQUEL O. RODRIGUEZ, as legal guardian of JOSE L. RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>RIDDELL, INC.; and ALL AMERICAN SPORTS CORPORATION, d/b/a RIDDELL/ALL AMERICAN,<br><br>Defendants. | CIVIL ACTION NO. B-96-177 |

## ORDER TO SHOW CAUSE RE: CONTEMPT

This Court having considered Plaintiff's Motion for Order to Show Cause Re: Contempt, and good cause appearing therefor, **IT IS HEREBY ORDERED** that Defendants appear before this Court on _____, 2001, at _____ \_\_\_.m. and show good cause as follows:

1. Why they should not be found in contempt for violation of the Court's Order Approving Settlement entered June 19, 2001;

2. Why they should not be required incident thereto to:

    (a) Jointly and severally pay interest at the legally applicable rate for the total amount of the settlement consideration, from and after August 4, 2001, until said sum is paid in full in compliance with the Court's June 19, 2001 Order Approving Settlement; and

ORDER TO SHOW CAUSE RE: CONTEMPT – 1

(b)     Pay Plaintiff's attorney's fees and reasonable expenses incurred in the preparation and presentation of the present Motion, attendance at the hearing on Order to Show Cause, and all actions necessary to secure compliance with the Court's June 19, 2001 Order.

DATED this _____ day of August, 2001.

_____
FILEMON B. VELA
U.S. DISTRICT JUDGE

ORDER TO SHOW CAUSE RE: CONTEMPT – 2

ClibPDF - www.fastio.com