317

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 9 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ, as legal guardian of JOSE L. RODRIGUEZ | § § § | |
| VS. | § § | CIVIL ACTION NO. |
| RIDDELL SPORTS, INC., RIDDELL INC., ALL AMERICAN SPORTS CORPORATION d/b/a RIDDELL/ALL AMERICAN | § § § | B - 96 - 177 |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE RE: CONTEMPT**

TO THE HONORABLE U.S. DISTRICT COURT:

COMES NOW **RAQUEL O. RODRIGUEZ**, as legal guardian for JOSE L. RODRIGUEZ, Plaintiffs herein, and files this her Notice to the Court of the Withdrawal of her Motion for Order to Show Cause regarding Contempt, and would show the Court the following:

I.

On August 6, 2001, Plaintiff filed her Motion for Order to Show Cause Re: Contempt with this Honorable Court. In this motion, Plaintiff requested that a hearing be set to have this matter heard.

Plaintiff would now request that this Honorable Court withdraw this motion since this matter has been resolved and the settlement funds have all been received and disbursed accordingly, and there is no further need for the setting of a hearing on this matter.



ClibPDF - www.fastio.com

WHEREFORE, PREMISES CONSIDERED, Plaintiff **RAQUEL O. RODRIGUEZ**, as legal guardian for JOSE L. RODRIGUEZ, respectfully requests that this Court direct the Court Clerk to withdraw Plaintiff's Motion filed on August 6, 2001, and enter an Order withdrawing this motion, and for such other and further relief to which Plaintiff may show herself to be justly entitled, at law and in equity.

Signed on this the 28th day of August, 2001.

Respectfully submitted,

**LAW OFFICE**
**J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone : (956) 504-1100
Facsimile : (956) 504-1408

By: ______________________
J. Arnold Aguilar
State Bar No. 00936270
Federal Adm. No. 6822

Attorney for Plaintiff,
RAQUEL O. RODRIGUEZ, as legal guardian for JOSE L. RODRIGUEZ



ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **PLAINTIFF'S NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE RE: CONTEMPT** has on this the 29th day of August, 2001, been forwarded to:

Mr. Robert B. Summers
ROBERT SUMMERS & ASSOCIATES
P. O. Box 398
Llano, TX 78643

Mr. Mark T. Curry
HUGHES, WATTERS & ASKANASE, L.L.P.
1415 Louisiana, 37th Floor
Houston, TX 77002

Mr. Roman D. Esparza
RENTFRO, FAULK & BLAKEMORE, L.L.P.
185 E. Ruben Torres Blvd.
Brownsville, TX 78520-9136

J. Arnold Aguilar



ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ, as legal guardian of JOSE L. RODRIGUEZ | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| RIDDELL SPORTS, INC., RIDDELL INC., ALL AMERICAN SPORTS CORPORATION d/b/a RIDDELL/ALL AMERICAN | § | B - 96 - 177 |
| | § | |
| | § | |

**ORDER GRANTING WITHDRAWAL OF PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE RE: CONTEMPT**

On the ________ day of ____________________, 2001, this cause came for hearing on **Plaintiff's Notice of Withdrawal of Plaintiff's Motion for Order to Show Cause Re: Contempt.**

After hearing the argument of counsel thereon, the Court is of the opinion that Plaintiff's Notice of Withdrawal should be GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiff's Notice of Withdrawal is hereby GRANTED and Plaintiff's Motion for Order to Show Cause Re: Contempt, filed with this Court on August 6, 2001, is hereby WITHDRAWN.

SIGNED on this the _______ day of __________________, 2001.

____________________________________
U.S. DISTRICT JUDGE

ClibPDF - www.fastio.com