3/8

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 9 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ, as legal | § | |
| guardian of JOSE L. RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| RIDDELL SPORTS, INC., RIDDELL | § | B - 96 - 177 |
| INC., ALL AMERICAN SPORTS | § | |
| CORPORATION d/b/a RIDDELL/ALL | § | |
| AMERICAN | | |

## UNOPPOSED MOTION TO RELEASE TRIAL EXHIBITS

TO THE HONORABLE U.S. DISTRICT COURT:

COMES NOW Plaintiff **RAQUEL O. RODRIGUEZ**, as legal guardian of JOSE L.

RODRIGUEZ, and files this her Unopposed Motion to Release Trial Exhibits, and for cause

would respectfully show unto the Court the following:

### I.

Plaintiff and Defendant have compromised and this matter was settled during mediation,

held on April 30, 2001, and the settlement funds have been distributed accordingly.

Pursuant to the agreement of the parties and the Court, these trial exhibits have been in

the possession of Plaintiff's attorney, J. Arnold Aguilar. Since this case has been settled and

funds have been disbursed and there is no further need to retain these exhibits, Plaintiff is now

requesting that this Honorable Court allow the parties involved to collect and recover their own

v:\FP\MOTIONS\98-106.M2W                                                                    PAGE 1

trial exhibits, which were previously submitted to the Court, and which are being kept at the Plaintiff's attorney's office located in Brownsville, Texas.

II.

Plaintiff would further show that opposing counsel are not opposed to this motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiff **RAQUEL O. RODRIGUEZ**, as legal guardian for JOSE L. RODRIGUEZ, respectfully requests that this Court release the trial exhibits and enter an Order allowing the parties to recover their own trial exhibits, and for such other and further relief to which Plaintiff may show herself to be justly entitled, at law and in equity.

Signed on this the 2 8th day of August, 2001.

Respectfully submitted,

**LAW OFFICE**
**J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone      :  (956) 504-1100
Facsimile       :  (956) 504-1408

By:  _____
              J. Arnold Aguilar
              State Bar No. 00936270
              Federal Adm. No. 6822

Attorney for Plaintiff,
RAQUEL O. RODRIGUEZ, as legal
guardian for JOSE L. RODRIGUEZ

## CERTIFICATE OF CONFERENCE

I, J. Arnold Aguilar, hereby confirm that I have conferred with Defendant's counsel, Robert Summers, Intervenor's counsel, Mark Curry, and attorney ad litem, Roman D. Esparza, and they are unopposed to this motion.

_____
J. Arnold Aguilar

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **PLAINTIFF'S MOTION TO RELEASE TRIAL EXHIBITS** has on this the 20th day of August, 2001, been forwarded to:

Mr. Robert B. Summers
ROBERT SUMMERS & ASSOCIATES
P. O. Box 398
Llano, TX 78643

Mr. Mark T. Curry
HUGHES, WATTERS & ASKANASE, L.L.P.
1415 Louisiana, 37th Floor
Houston, TX 77002

Mr. Roman D. Esparza
RENTFRO, FAULK & BLAKEMORE, L.L.P.
185 E. Ruben Torres Blvd.
Brownsville, TX 78520-9136

_____
J. Arnold Aguilar

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RAQUEL O. RODRIGUEZ, as legal § 
guardian of JOSE L. RODRIGUEZ § 
 § 
  VS. § CIVIL ACTION NO.
 § 
RIDDELL SPORTS, INC., RIDDELL § B - 96 - 177
INC., ALL AMERICAN SPORTS § 
CORPORATION d/b/a RIDDELL/ALL § 
AMERICAN

## ORDER SETTING HEARING

On this _____ day of _____, 2001, came on to be considered

**Plaintiff's Motion to Release Trial Exhibits** in the above styled and numbered cause.

IT IS THEREFORE ORDERED that said Plaintiff's Motion to Release Trial Exhibits be

and is hereby set for hearing on the _____ day of _____, 2001, at _____

o'clock _____.m.

SIGNED FOR ENTRY this _____ day of _____, 2001.

_____
U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ, as legal | § | |
| guardian of JOSE L. RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| RIDDELL SPORTS, INC., RIDDELL | § | B - 96 - 177 |
| INC., ALL AMERICAN SPORTS | § | |
| CORPORATION d/b/a RIDDELL/ALL | § | |
| AMERICAN | | |

## ORDER GRANTING PLAINTIFF'S MOTION TO RELEASE TRIAL EXHIBITS

On the _____ day of _____, 2001, this cause came for hearing

on **Plaintiff's Motion to Release Trial Exhibits.**

After considering the argument of counsel thereon and the agreement of the parties, the

Court is of the opinion that Plaintiff's Motion to Release Trial Exhibits should be GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiff's Motion

to Release Trial Exhibits is hereby GRANTED and each party is to contact Plaintiff's attorney,

J. Arnold Aguilar, to recover their own trial exhibits.

SIGNED on this the _____ day of _____, 2001.

_____
U.S. DISTRICT JUDGE