319

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 3 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ, as legal guardian of JOSE L. RODRIGUEZ | § § § § | |
| VS. | § | CIVIL ACTION NO. |
| RIDDELL SPORTS, INC., RIDDELL INC., ALL AMERICAN SPORTS CORPORATION d/b/a RIDDELL/ALL AMERICAN | § § § § § | B - 96 - 177 |

## ORDER GRANTING WITHDRAWAL OF PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE RE: CONTEMPT

On the 30th day of August, 2001, this cause came for hearing on **Plaintiff's Notice of Withdrawal of Plaintiff's Motion for Order to Show Cause Re: Contempt.**

After hearing the argument of counsel thereon, the Court is of the opinion that Plaintiff's Notice of Withdrawal should be GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiff's Notice of Withdrawal is hereby GRANTED and Plaintiff's Motion for Order to Show Cause Re: Contempt, filed with this Court on August 6, 2001, is hereby WITHDRAWN.

SIGNED on this the 30th day of August, 2001.

_____
U.S. DISTRICT JUDGE