32()

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**AUG 3 1 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ, as legal | § | |
| guardian of JOSE L. RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| RIDDELL SPORTS, INC., RIDDELL | § | B - 96 - 177 |
| INC., ALL AMERICAN SPORTS | § | |
| CORPORATION d/b/a RIDDELL/ALL | § | |
| AMERICAN | | |

## ORDER GRANTING PLAINTIFF'S MOTION TO RELEASE TRIAL EXHIBITS

On the _30th_ day of _August_, 2001, this cause came for hearing on **Plaintiff's Motion to Release Trial Exhibits.**

After considering the argument of counsel thereon and the agreement of the parties, the Court is of the opinion that Plaintiff's Motion to Release Trial Exhibits should be GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Release Trial Exhibits is hereby GRANTED and each party is to contact Plaintiff's attorney, J. Arnold Aguilar, to recover their own trial exhibits.

SIGNED on this the _30th_ day of _August_, 2001.

_____
U.S. DISTRICT JUDGE