321

COPY

United States District Court
Southern District of Texas
FILED

OCT 1 6 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ, as legal guardian of JOSE L. RODRIGUEZ | § § § | |
| VS. | § § | CIVIL ACTION NO. |
| RIDDELL SPORTS, INC., RIDDELL INC., ALL AMERICAN SPORTS CORPORATION d/b/a RIDDELL/ALL AMERICAN | § § § § | B - 96 - 177 |

**PLAINTIFF'S NOTICE OF RETURN OF COURT'S EXHIBIT NO. 1**

TO THE HONORABLE U.S. DISTRICT COURT:

COMES NOW **RAQUEL O. RODRIGUEZ**, *as legal guardian of* **JOSE L. RODRIGUEZ**, Plaintiffs herein and file this her Notice of Return of Court's Exhibit No. 1 and would therefore show the Court the following:

I.

During trial in this matter, the attached exhibit was marked and entered by the Court as Exhibit No. 1. By agreement of the Court and the parties, Plaintiff's counsel had all the exhibits in his possession, including the Court's Exhibit No. 1. This case has since been settled and all funds have been distributed accordingly. Further, all exhibits submitted by Plaintiff and Defendant have been returned to the appropriate parties. Plaintiff's counsel would now return Exhibit No. 1 to the custody of the District Clerk.

Signed on this the _15th_ day of October, 2001.

                     Respectfully submitted,

                     **LAW OFFICE**
                     **J. ARNOLD AGUILAR**
                     Artemis Square, Suite H-2
                     1200 Central Boulevard
                     Brownsville, Texas  78520
                     Telephone   :  (956) 504-1100
                     Facsimile    :  (956) 504-1408

By: _____
                     J. Arnold Aguilar
                     State Bar No. 00936270
                     Federal Adm. No. 6822

                     Attorney for Plaintiff,
                     RAQUEL O. RODRIGUEZ, as legal guardian
                     of JOSE L. RODRIGUEZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **PLAINTIFF'S NOTICE OF RETURN OF COURT'S EXHIBIT NO. 1** has on this the _15th_ day of October, 2001, been forwarded to:

Mr. Robert B. Summers
ROBERT SUMMERS & ASSOCIATES
P. O. Box 398
Llano, TX 78643


Mr. Mark T. Curry
HUGHES, WATTERS & ASKANASE, L.L.P.
1415 Louisiana, 37th Floor
Houston, TX 77002


Mr. Roman D. Esparza
RENTFRO, FAULK & BLAKEMORE, L.L.P.
185 E. Ruben Torres Blvd.
Brownsville, TX 78520-9136

_____
J. Arnold Aguilar