United States District Court
Southern District of Texas
ENTERED

MAY 0 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RAQUEL O. RODRIGUEZ, as Legal Guardian of
JOSE L. RODRIGUEZ,
    Plaintiff,

v.                                                  Case No. B-96-cv-177

RIDDELL, INC.; and
ALL AMERICAN SPORTS CORPORATION,
d/b/a/ RIDDELL/ALL AMERICAN,
    Defendants.

## ORDER ON TRUSTEE'S MOTION TO APPROVE
## PURCHASE OF HOMESTEAD FOR BENEFICARY

On this the 8th day of May, 2002, came to be heard Trustee's Motion to Approve Purchase of Homestead for Beneficiary. The Movant, Texas State Bank, appeared by and through its attorney, Jaime (Jim) Ramón. Also appearing was attorney Arnold Aguilar, [original Plaintiff's counsel] and Roman (Dino) Esparza, Guardian Ad Litem for the Beneficiary, Jose L. Rodriguez. The Court, after reviewing the motion and hearing arguments of counsel, makes the following findings:

1.     The proposed expenditure for the construction of a homestead for Beneficiary & Beneficiary's family members will comprise approximately forty-two percent (42%) of the trust corpus as of the date of this order;

2.     The proposed expenditure is found to be in the best interests of the Beneficiary's continued maintenance, welfare & support; and

3.     Trustee, Texas State Bank, in making such expenditure for the benefit of the Beneficiary, exercises authority pursuant to Article V. ¶ F of the Trust Agreement and the Texas Trust Code; and

4.     Trustee's Motion to Approve Purchase of Homestead for Beneficiary should be granted. It is, therefore,

**ORDERED, ADJUDGED AND DECREED** that:

1. Trustee, Texas State Bank, is specifically authorized to expend funds from the Jose L. Rodriguez Trust corpus in the amount of $370,500.00 consisting of approximately forty-two (42%) of the trust corpus, to construct the homestead specified in Exhibit "A" in Trustee's Motion to Approve Purchase of Homestead for Beneficiary located at North F.M. 1847 Lot 2 and 3 Lucy Subdivision, Cameron County, Texas;

2. That Trustee, Texas State Bank, in making such expenditure for the benefit of the Beneficiary, exercises authority pursuant to Article V. ¶ F of the Trust Agreement and the Texas Trust Code;

3. Said Trustee's Motion to Approve Purchase of Homestead for Beneficiary is hereby granted; and

4. Said purchase of the proposed homestead for Beneficiary is found to be in the best interests of the Beneficiary for the continued maintenance, welfare & support of the Beneficiary and his immediate family members.

SIGNED this ___8th___ day of ___May___, 2002.

_____
JUDGE PRESIDING