325

# United States District Court
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RAQUEL O. RODRIGUEZ, as legal
guardian of JOSE L. RODRIGUEZ

VS.

RIDDELL, INC.; and ALL AMERICAN
SPORTS CORPORATION, d/b/a
RIDDELL/ALLAMERICAN

NOTICE

CIVIL ACTION NO. B-96-177

United States District Court
Southern District of Texas
ENTERED
MAY 1 5 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

Type of Case:

☒ CIVIL           ☐ CRIMINAL

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| Place: <br><br>U.S Courthouse - 3RD Floor <br>600 E. Harrison. Street <br>Brownsville, Texas 78520 | Room No:  COURTROOM #4 <br>U.S. DISTRICT JUDGE <br>FILEMON B. VELA |
|---|---|
| | Date and time: <br>June 16, 2003   @   8:30 a.m. |
| TYPE OF PROCEEDING :   HEARING ON PETITION TO ENFORCE SETTLEMENT AGREEMENT ||
| TAKE NOTICE that the above proceedings in this case have been rescheduled as indicated below: ||

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO, DATE AND TIME |
|---|---|---|
| | | |

MICHAEL N. MILBY,
CLERK, U.S. DISTRICT COURT

(BY) DEPUTY CLERK

DATE: MAY 15, 2003

To:  ALL COUNSEL