United States District Court
Southern District of Texas
FILED

MAY 1 9 2003

Michael N. Milby
Clerk of Court

326

1

```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF TEXAS
           BROWNSVILLE DIVISION

RAQUEL O. RODRIGUEZ, as legal   )
guardian of JOSE L. RODRIGUEZ   )
                                )  CIVIL ACTION NO.
VS.                             )      B-96-177
                                )
RIDDELL SPORTS, INC., RIDDELL   )
INC., ALL AMERICAN SPORTS       )
CORPORATION d/b/a RIDDELL/ALL   )
AMERICAN                        )
```

TRANSCRIPT OF FRIENDLY SUIT HEARING

JUNE 19, 2001

On the 19th day of June, 2001, the following proceedings came on to be heard in the above-entitled and numbered cause before the Honorable Filemon B. Vela, Judge Presiding, held in the Brownsville Division, Southern District of Texas.

Proceedings reported by computerized stenotype machine.



SCHWAB COURT REPORTING SERVICE
CERTIFIED SHORTHAND REPORTERS
2900 CENTRAL BLVD., SUITE C   BROWNSVILLE, TEXAS 78520
P.O. Box 3865
OFFICE (210) 544-5126
FAX (210) 542-8842

SCHWAB COURT REPORTING SERVICE
(956) 544-5126 * (800) 354-5126 * Fax (956) 542-8842