327

# United States District Court
### SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| RAQUEL O. RODRIGUEZ, as legal guardian of JOSE L. RODRIGUEZ | NOTICE |
| VS. | CIVIL ACTION NO. B-96-177 |
| RIDDELL, INC.; and ALL AMERICAN SPORTS CORPORATION, d/b/a RIDDELL/ALLAMERICAN | |

Type of Case:

☒ CIVIL        ☐ CRIMINAL

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| Place:<br>U.S Courthouse - 3RD Floor<br>600 E. Harrison. Street<br>Brownsville, Texas 78520 | Room No: COURTROOM #4<br>U.S. DISTRICT JUDGE<br>FILEMON B. VELA |
|---|---|
| | Date and time: |

| TYPE OF PROCEEDING: | HEARING ON PETITION TO ENFORCE SETTLEMENT AGREEMENT |
|---|---|

**TAKE NOTICE** that the above proceedings in this case have been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED<br>June 16, 2003 @ 8:30 a.m. | RESCHEDULED TO, DATE AND TIME<br>June 23, 2003 @ 8:30 a.m. |
|---|---|---|

MICHAEL N. MILBY,
CLERK, U.S. DISTRICT COURT

*(signature)*

DATE: MAY 20, 2003          (BY) DEPUTY CLERK

To: ALL COUNSEL