United States District Court
Southern District of Texas
FILED

JUN 0 2 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ AND JOSE L. RODRIGUEZ | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-CV-96-177 |
| RIDDELL SPORTS, INC. RIDDELL, INC. ALL AMERICAN SPORTS CORPORATION D/B/A RIDDELL/ALL AMERICAN AND CHRIS HOODMAN | § § § § § | |

## MOTION TO KEEP SETTLEMENT AGREEMENT CONFIDENTIAL

Riddell Sports, Inc., Riddell, Inc., All American Sports Corporation D/B/A Riddell/All American and Chris Houdman, files this its Motion to Keep Settlement Agreement Confidential.

1. On April 30, 2001, parties in this cause entered into a confidential settlement agreement which was approved by this Court on June 19, 2001.

2. Plaintiffs then filed on April 28, 2003, under seal, a Petition to Enforce Settlement Agreement with a Memorandum in Support followed by several Exhibits.

3. Plaintiffs Petition to Enforce Settlement Agreement is set for hearing on June 23, 2003.

4. Defendants file this motion to ensure that all terms located in the Settlement Agreement signed by the parties remain confidential.

WHEREFORE, Defendants ask the Court to ensure that all terms located in the Settlement Agreement signed by the parties remain confidential.

Respectfully submitted,

ROBERT B. SUMMERS & ASSOCIATES
ATTORNEYS AT LAW
409 Sheffield Avenue
Llano, Texas 78643
(325) 248-0033-Phone
(325) 248-0110--Fax

BY _____
ROBERT B. SUMMERS
State Bar No. 19507000
ANN H. MEGEE
State Bar No. 13902700
Attorney for Defendants

## CERTIFICATE OF CONFERENCE

A conference was held with the Plaintiffs' counsel concerning the foregoing Motion with the following:

_____   No agreement was reached; therefore, this matter is presented to the Court for its determination.

_____   An agreement was reached. An agreed order reflecting the agreement is to be presented for the Court's review and signature.

_____   A partial agreement has been reached but certain matters remain which must be presented to the Court for its determination.

_____   I attempted to contact Plaintiffs' counsel to discuss this matter, but was unable to reach Plaintiffs' counsel; therefore, this matter is presented to the Court for its determination.

  X     A letter with a copy of this Motion was sent to the Plaintiffs' counsel requesting an agreed order to avoid a hearing on this Motion.

_____
ROBERT SUMMERS

## CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of May, 2003, I have caused a true and correct copy of the foregoing to be delivered to the following attorney(s) of record, via CMRRR, to counsel for Plaintiffs, Mr. Rex Blackburn, Blackburn & Burns, L.L.P., P. O. Box 7808, Boise, ID 83707, Mr. J. Arnold Aguilar, 1200 Central Blvd., Artemis Square, Suite H-2, Brownsville, TX 78520, Mr. Mark D. Kamitomo, The Markam Group, Inc., P.S., 421 West Riverside, Suite 1060, Spokane, WA 99201, to counsel for intervener, Mr. Mark Travis Curry, 510 Bering Drive, Suite 300, Houston, TX 77057 and to counsel for the Guardian Ad Litem, Roman D. Esparza, WILLETTE & GUERRA, L.L.P., International Plaza, 3505 Boca Chica Blvd, Suite 460, Brownsville, TX 78521.

_____
ROBERT SUMMERS