# COURTROOM MINUTES

United States District Court
Southern District of Texas
FILED

JUN 2 3 2003

Michael N. Milby
Clerk of Court

JUDGE___FILEMON B. VELA_____

CASE MANAGER ___Maria F. Garza_____

COURT REPORTER: Bill Holloway   LAW CLERK ___Amparo Yanñez_____

INTERPRETER:___None used_____

DATE:___6/23/03_____   TIME:___8:20 am_____ / ____9:00 am_____
                                         Begin                    End

*************************************************************************

CIVIL ACTION NO. ___B-CV-96-177_____

| | |
|---|---|
| RAQUEL O. RODRIGUEZ AND<br>JOSE L. RODRIGUEZ | ARNOLD J. AGUILAR<br>MARK KAMITOMO<br>ROMAN DEAN ESPARZA |
| VS | |
| RIDDELL SPORTS, INC., et al. | DERICK WINFREY<br>MARK T. CURRY |

---

Arnold J. Aguilar and Mark Kamitomo, for Pltfs., Derick Winfrey, for Riddell Sports, Inc., Mark T. Curry, for NAIU, and Roman Dean Esparza, Attorney Ad Litem appeared for hearing on Plaintiffs' Petition to Enforce Settlement Agreement and announced that a settlement had been reached. Motion to Keep Settlement Agreement Confidential granted. Agreed Order of Dismissal signed for entry.