United States District Court
Southern District of Texas
FILED

JUN 23 2003

Michael N. Milby
Clerk of Court

331

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ and JOSE L. RODRIGUEZ | § § § | |
| VS. | § § | CIVIL ACTION NO. |
| RIDDELL SPORTS, INC., RIDDELL INC., ALL AMERICAN SPORTS CORPORATION d/b/a RIDDELL/ALL AMERICAN | § § § § | B - 96 - 177 |

## AGREED ORDER OF DISMISSAL

The Plaintiffs **RAQUEL O. RODRIGUEZ** and **JOSE L. RODRIGUEZ**, Defendants **RIDDELL SPORTS, INC., RIDDELL, INC., ALL AMERICAN SPORTS CORPORATION d/b/a RIDDELL/ALL AMERICAN**, by and through their attorneys of record, having informed the Court that the claims against the Defendants have been compromised and settled, and the Plaintiffs and Defendants having prayed that all causes as against Defendants RIDDELL SPORTS, INC., RIDDELL, INC., ALL AMERICAN SPORTS CORPORATION d/b/a RIDDELL/ALL AMERICAN, be dismissed with prejudice as of this settlement, and all parties agreeing thereto, and it appearing to the Court that at the request of the parties the dismissal should be made as prayed,

PAGE 1

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that Plaintiffs' cause be dismissed as to Defendants RIDDELL SPORTS, INC., RIDDELL, INC., ALL AMERICAN SPORTS CORPORATION d/b/a RIDDELL/ALL AMERICAN, with prejudice against all parties to file any same or similar actions.

It is further ORDERED, ADJUDGED and DECREED that any and all other relief not expressly granted herein is denied. This judgment finally disposes of all parties and claims and is appealable.

The Court further retains jurisdiction solely for purposes of resolving any disputes that might arise relating to the interpretation of the settlement agreement between the parties herein.

SIGNED at Brownsville, Texas this 23rd day of June, 2003.

_____
U. S. DISTRICT JUDGE

APPROVED AS TO SUBSTANCE AND FORM:

By: _____
Mark Kamitomo,
Attorney for Plaintiffs


By: _____
Mark T. Curry,
Attorney for NAIU


By: _____
Derick Winfrey,
Attorney for Riddell Sports, Inc.,
Riddell, Inc., All American Sports
Corporation d/b/a Riddell/All American


By: _____
Roman "Dino" Esparza,
Attorney Ad Litem for Jose L. Rodriguez