THE HONORABLE JOHN WM. BLACK

HEARING

United States District Court
Southern District of Texas
FILED

MAY 0 7 2004

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-96-177          DATE & TIME: 05-07-04 AT 8:30 A.M.

RAQUEL O. RODRIGUEZ AND          PLAINTIFF(S)   J. ARNOLD AGUILAR
JOSE L. RODRIGUEZ                COUNSEL        MARK D. KAMITOMO
                                                ROMAN DEAN ESPARZA

NATIONAL ACCIDENT INSURANCE      INTERVENOR-   MARK T. CURRY
UNDERWRITERS, INC.               PLAINITFF

VS.

RIDDELL SPORTS, INC., ET AL.     DEFENDANT(S)
                                 COUNSEL

---

ERO: Rosie D'Venduri
CSO: Willie Canant
Clerk: Paula Tamayo

    Attorneys John Jordan in lieu of Arnold Aguilar, Mark Kamitomo, Roman Dean Esparza and Mark Curry appeared.

    Insurance company has agreed to pay a lump sum of $100,000.00 from medical insurance coverage into the trust fund for Jose Rodriguez.

    Insurance company will file a Motion of Dismissal with prejudice outlining the facts of this case.