334

## MARK T. CURRY & ASSOCIATES
ATTORNEYS AT LAW

510 BERING, SUITE 300
HOUSTON, TEXAS 77057
TELEPHONE (713) 789-4900
TELECOPIER (713) 789-4922

MARK T. CURRY
E-mail: mcurry@mtcurry.com

BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

May 10, 2004

Mr. Mark Kamitomo c/o
Mr. J. Arnold Aguilar
Law Offices of J. Arnold Aguilar
Artemis Square, Suite H-2
1200 Central Blvd.
Brownsville, Texas 78520

*Via Facsimile – (956) 504-1408*

Mr. Roman D. Esparza
Law Office of Willette & Guerra
1534 East 6th Street, Suite 200
Brownsville, Texas 78520

*Via Facsimile – (956) 541-1893*

RE: No. B-96-cv-177; *Raquel O. Rodriguez, as legal guardian of Jose L. Rodriguez v. Riddell, Inc., et al.*; In the United States District Court for the Southern District of Texas, Brownsville Division

Gentlemen:

In the settlement agreement, one of the carriers participating in funding the settlement was either incorrectly named or simply omitted. Heritage Indemnity Company is listed, but Heritage Life Insurance Company is not. Rather than amending the agreement, I would like to simply have this letter serve as an agreement that Heritage Life Insurance Company is included as a released party.

Should you have any questions regarding this matter, please call me. Otherwise, I would appreciate you signing below.

Very truly yours,

Mark T. Curry

Mark T. Curry

/mtc

May 10, 2004
Page Two

Agreed: Mark Kamitomo

Agreed: Roman D. Esparza

Cna.370.Rodriguez

May 10, 2004
Page Two

Agreed: _/s/ Mark Kamitomo_

Agreed: Roman D. Esparza

Cna.370.Rodriguez