IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumada

| | | |
|---|---|---|
| RAQUEL O. RODRIGUEZ, as legal guardian of JOSE RODRIGUEZ | § § § | |
| VS. | § | CIVIL NO. B-96-177 |
| RIDDELL, INC., et al. | § § § | |

## ORDER

Pending before this court is the Motion to Dismiss filed by National Accident Insurance Underwriters. No opposition has been filed, but the court has been informed that an agreed order is being prepared.

The court, therefore, orders that the parties submit such order by September 10, 2004. If the order is not submitted by that date (for whatever reason), the court orders the parties to appear through their counsel at a hearing to resolve this issue at 9:30 a.m. on September 14, 2004.

Signed this 19th day of August, 2004.

Andrew S. Hanen
United States District Judge