**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

*RTS*

RECEIVED
United States District Court
Southern District of Texas

SEP 0 7 2004

**Michael N. Milby, Clerk**

1:96cv177

Hasler
012H6202949
Mailed From 77002
08/23/2004
$00.370
US POSTAGE

Robert Barnes Summers
Attorney at Law
409 Sheffield Ave
Box 398
[illegible] NY [illegible]

1:96-CV-0[...]

SUMM409   7504350024 IN  26 08/27/04
NO FORWARD ORDER ON FILE
UNABLE TO FORWARD
RETURN TO SENDER

*RETURN TO SENDER* / *UNDELIVERABLE AS ADDRESSED* (postmark stamps)