SEALED ORDER
B-96-CV-177

# SEALED RECORD

DESCRIPTION OF CONTENTS: _Sealed Order_

SEALED BY ORDER OF THE COURT
AND MAY NOT BE OPENED UNLESS
BY ORDER OF THE COURT.

CASE NO. 96cv177
INSTRUMENT NO. 338

